```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
 3               CASE 10-20506-CIV-SEITZ/SIMONTON
                      10-20698-CIV-SEITZ/SIMONTON
 4                    10-20975-CIV-SETIZ/SIMONTON
     ------------------------------------------------------------
 5   EDEL LEON,
     KELLY PHILLIPS,
 6   LOUISA GINSBERG,
     LUIS SOLARZANO,
 7                         Plaintiffs,
 8         vs.
 9   MITCHELL IGELKO,                   MIAMI, FLORIDA
     M.I. QUALITY LAWN MAINTENANCE, INC.  JULY 17, 2012
10   MITCHELL'S LAWN MAINTENANCE,       TUESDAY - 9:30 A.M.
                                        EXCERPT
11                         Defendants.
     ------------------------------------------------------------
12         EXCERPT TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                       [Closing arguments]
13            BEFORE THE HONORABLE ANDREA SIMONTON
                 UNITED STATES MAGISTRATE JUDGE
14                          DAY 10
     ------------------------------------------------------------
15   APPEARANCES:
16   FOR THE PLAINTIFF:
                         JAMIE H. ZIDELL, ESQ.
17                       DANIEL FELD, ESQ.
                         J.H. Zidell, P.A.
18                       300 71st Street, Ste. 605
                         Miami Beach, FL  33141 - 305.865.6766
19                       Email:  DanielFeld.Esq@Gmail.com
                                 Zabogado@aol.com
20
     FOR THE DEFENDANTS:
21                       DANIEL ALBERTO ESPINOSA, ESQ.
                         JESMANY JOMARRON, ESQ.
22                       RAFAEL VIEGO, III, ESQ.
                         Espinosa/Jomarron
23                       4300 Biscayne Boulevard, Ste.305
                         Miami, FL  33137 - 305.717.7530
24                       Email:  Despinosa@ejtrial.com
                                 Jjomarron@ejtrial.com
25                                 Rviego@ejtrial.com
```

1  REPORTED BY:

                         ROBIN MARIE DISPENZIERI, RPR
2                        Official Federal Court Reporter
                         United States District Court
3                        400 N. Miami Avenue, Ste. 8S67
                         Miami, FL  33128 - 305.523.5659
4                        Email:  Rdispenzieri@gmail.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                            **********

2                    PLAINTIFF'S CLOSING ARGUMENT

3            MR. ZIDELL:  Good morning, ladies and gentlemen of the

4    jury.  On behalf of our office and the plaintiffs, we want to

5    thank you for making the system work.  The trial took longer

6    than we anticipated, but we're here.  It's show time.  This is

7    the time that we've been waiting for.

8            I want to, first of all, make a comment to you that

9    probably when you got your summons to show up as jurors in this

10   case, you did not anticipate it was going to be a wage an hour

11   case.

12           You probably thought it was going to be some drug

13   trafficking trial or some type of a criminal activity dealing

14   with interstate commerce or something like that, something that

15   you could probably see in the movies somewhere.

16           I don't want you to think that the last ten days have

17   been a waste of your time by any stretch of the imagination.

18   While another trial could have been more exciting, it's our

19   position that you can accomplish that by going to the movies.

20           This trial, you're going to learn laws that you never

21   heard before, and laws that you can probably use in your own

22   lives for many years to come.  Look at what you sat through as

23   an intensive labor law case and something that can be

24   productive for years to come rather than short-term

25   entertainment.

1          Remember when I spoke to you on the first day?  I said

2    if the Judge instructs you on the law that you don't agree with

3    and you think it's the silliest law that you ever heard, will

4    you be able to put your opinions aside 100 percent and apply

5    the law as the Judge tells it to you?  Do you remember me

6    asking you that?

7          That's all that we're asking you to do here.  I'm

8    going to go over several of these instructions of law with you

9    because the Judge has been kind enough to tell us which laws

10   she's going to instruct you on.

11         Now, by my calculation, 80 percent of this trial, for

12   ten days, has been on issues that usually do not occur in a

13   wage an hour context.

14         You've heard testimony about a big scheme to defraud

15   the company by Kelly Phillips and a prior employee that worked

16   there.

17         You've heard testimony, for hours and hours, about

18   Kelly and Edel soliciting other people to join the lawsuit.

19         You have heard testimony that was prolongated, dealing

20   with them taking advantage of Mitchell, who simply gave over

21   his multi-million dollar business to them to run, and he just

22   didn't pay any attention to it.

23         Let me ask you this question, if an employee comes to

24   an employer and says, "I need a job," and the employer says,

25   "I've got a job for you.  You're going to have to work 60 hours

5

1   a week, and I'm going to pay you $600 flat.  There will be no

2   overtime.  Sign in front of two witnesses, under oath, that

3   you'll never sue me for overtime," and he accepts the job.  The

4   employee says, "Yeah, I take the job."

5        Is that agreement binding?  Is that a legal agreement?

6   And the answer is no.  One of the instructions of law is that

7   an employee's right to overtime compensation under the Fair

8   Labor Standards Act cannot be nullified by contract or

9   otherwise waived by the employee.  Maybe you didn't know that.

10        These laws, these wage laws, are known as the

11   inalienable rights in the labor law world.  You can't get rid

12   of them even if you want to.

13        Therefore, even if Kelly and Edel worked there this

14   whole time for six to 13 years thinking that they were going to

15   plot in order to work overtime just to sue Mitchell, you know

16   what, it doesn't matter, under the law, because they can't

17   waive the rights no matter what.

18        Even if they agreed never to sue him, and they had

19   sworn that they would never sue him for these rights, that very

20   agreement is null and void.  Maybe you didn't know that, but

21   you promised to follow the law.  That's all that we're asking

22   you to do here.

23        Now, this whole trial started with defense counsel

24   showing you this picture here.  Remember this one, Mitchell's

25   business?  This was shown to you, I believe, not last Tuesday,

1    but the Tuesday before.

2         When you look at that picture, do you see a

3    multi-million dollar business?  No, you don't.  You see just a

4    normal, looks like something over there in one part of Miami,

5    something that's a bare warehouse, nothing around it.

6         Mitchell comes and he tells you that this was a

7    multi-million dollar business.  That's all that their whole

8    case has been about, is just trying to show you a facade,

9    something that is not there, doesn't exist.  Something that

10   looks plain and simple is really something completely

11   different.

12        That's how they have portrayed the whole case, trying

13   to make this seem as if the bookkeeper took revenge, and that

14   she's trying to do something that she's not entitled to.

15        What did Mitchell do?  What did he do running this

16   business?  Paying all the illegal workers in cash for all of

17   those years, 40 to 50 employees.

18        Elsa Gelman going to the bank every week to get close

19   to $10,000 in cash to pay these workers.  All of a sudden, he

20   gets sued by an employee, known as the Melgar case, in July

21   2009.

22        Mitchell tells Kelly, "I'll pay the attorneys a

23   million dollars.  I'm just not going to pay this guy a penny."

24   Then things changed, because what happens?  Edel Leon, trusted

25   mechanic for 13 years, joins the lawsuit on the 19th of August,

1    2009.

2            Mitchell goes, "Oh my gosh, what is going on here?

3    This guy knows everything about my business.  He's been here

4    for 13 years.  He's not only the best mechanic I ever had, but

5    I used to tell him to sign payroll checks for me when I wasn't

6    there."  Elsa told you that.

7            Adriana, the wife, said that whenever Mitchell wasn't

8    there to sign the check, Mitchell would call him up and say,

9    "Sign for me."  His most trusted employee has now sued him for

10   overtime and joined that multi-plaintiff case.

11           If that wasn't enough, within ten days after that, at

12   the end of August 2009, about ten days after Edel joined, his

13   wife, Kelly Phillips, joins the lawsuit, and you can imagine

14   that Mitchell hits the roof because Kelly was his right-hand

15   woman, so to speak.

16           She was doing everything there.  She was helping him.

17   She knew the business backwards and forwards.  She was doing

18   everything that he told her to do, and she did it well.  That's

19   why she worked there for almost seven years without complaint.

20           All of a sudden, now, his key employee, the one that

21   stood as his corporate representative in 2007 when he was hit

22   with his first overtime lawsuit by the guy named Danny Basulto,

23   has now changed sides, and Mitchell doesn't know what to do.

24   He doesn't know what to do.

25           Then, his only choice is either to tell the truth,

1   that he hasn't been paying overtime and he's been skimming

2   hours off of everybody's paycheck for years and years and years

3   and years and paying people in cash, or he can concoct the

4   story that Kelly Phillips stole all the records from his

5   business, because you may have been wondering who is

6   responsible for keeping records of time worked under this act.

7        Maybe that thought went through your mind during the

8   trial.  Is it the employee?  Is it the employer?  Is it both?

9   Well, that's going to be a law that you probably have never

10  heard before.  The Judge will instruct you on the following:

11       The Fair Labor Standards Act requires employers to

12  keep records on the earnings and the number of hours worked by

13  its employees who are subject to this act.  It's not the

14  employee's responsibility.

15       Back in 1946, our Supreme Court faced this very

16  situation of an employee that came and had no documents to show

17  the amount of time that he worked.  The Supreme Court decided

18  back then, who is better situated to maintain documents, work

19  hours, timecards, time sheets, is it the employer or the

20  employee?  The Supreme Court decided the latter, the employer

21  is required to keep these records.  The employee doesn't have

22  to do it.

23       Therefore, Mitchell, having known this because he was

24  sued in 2007 by Danny Basulto for the same type of stuff, he

25  knew that employers were required to keep these records.

1           What in the world does he do?  His own bookkeeper is

2    now suing him for these same rights.  So he fabricates a story

3    that Kelly Phillips not only stole all the time records and

4    documents, but that she stole over a million dollars from his

5    company over the years that he never noticed was missing,

6    putting the lime light on her like a deer with the headlights

7    in its eyes.  Let's make it look like the bookkeeper stole

8    everything.  When she left that day, she took bags of documents

9    with her.

10          The only problem is that there's not one bit of

11   evidence to support that.  Mitchell had an elaborate camera

12   system in his place.  We asked for those films because we knew

13   Kelly didn't do any of that stuff.

14          Mitchell said, "Ah, the camera was broken.  It wasn't

15   recording."  That's why we brought in Mr. Wilfong and the other

16   employees to say that that camera always recorded.

17          As a matter of fact, Mitchell monitored it constantly.

18   That's how he could see what was going on at his business at

19   all times.  We asked for the films.  Mitchell said the camera

20   was broken.

21          We also asked for the films on the 19th of August,

22   2009, when Edel was fired, to show what happened in Mitchell's

23   office when he was hit by Mitchell.  The police had to be

24   called, but you know what Mitchell said?  "The cameras are

25   broken.  We don't have any of those films."

1              Mitchell told us, "Kelly stole all the timecards, so
2    we don't have any documents to show you, but it's not our
3    fault.  It's Kelly's fault," and that is what Mitchell has
4    sworn, under penalty of perjury, that it was Kelly's fault,
5    that she took all the documents.

6              Lo and behold, his mother shows up and she says,
7    "Well, Kelly really didn't steal all the documents because when
8    Elsa started working there, at the end of 2007, because she had
9    been in business for 30 years prior, she decided that she was
10   going to start keeping all of the timecards on the employees
11   who were punching in and out."

12             So, therefore, Elsa claims, from the end of 2007
13   onward, she kept all the timecards.  So, therefore, Kelly
14   really didn't steal the timecards.

15             Even more so, Elsa comes and she says, "But, before
16   the end of 2007, Kelly had stolen everything."  We asked her,
17   "Well, how do you have Kelly's timecards from the early part of
18   2007 in February if she stole everything before November,
19   December of that same year?"

20             She said well, "I just don't know.  Maybe Kelly left
21   her own timecards behind as well as those of Edel when she
22   stole everything."

23             Now, ladies and gentlemen, you are going to be
24   assessing this case by what's called a preponderance of the
25   evidence.  You're going to be thinking what more likely

1  happened than not.

2           This is not a criminal case.  Nobody has to prove

3  anything beyond a reasonable doubt.  We spoke of it the first

4  day, that standard.  What more likely than not happened here?

5           Somebody who swears, like Mitchell, that all the

6  documents are gone, that Kelly stole them, and then gradually,

7  by the time of trial, they appear, or at least some of them

8  appear, what more likely than not happened?

9           Did Kelly do any of this, or is Mitchell looking for a

10  scapegoat because he's desperate?  He has no defense to his own

11  violations of the law.

12           He has no defense for skimming people's hours that

13  worked for him for years, and he has no defense for not keeping

14  proper timecards because he knew it, at least since 2007 when

15  he was sued by another employee for the same thing.  So he

16  blames Kelly and says it's her fault.  It's her fault.

17           Now, the Judge will instruct you that where the

18  employer's records of work time are inaccurate or missing --

19  now, I want you to know, in this case, you see these two stacks

20  of timecards, you have one stack that says Edel Leon on it.

21  You have another stack that says Kelly Phillips on it.

22           Edel is claiming 156 weeks, three years, which is the

23  maximum allowed by law.  Three years is the maximum.  If you

24  work for a company 20 years of overtime, you can only claim

25  three years.  Something that's handy to know.

1          They only have about 80 of those 156 weeks of

2     timecards.  You have to decide if you believe the timecards at

3     all.  Because when you match the timecards with the writing on

4     the timecards, with the paychecks given, none of them balance

5     out.  There's always hours missing.  You'll be able to do that,

6     if you even want to go through those at all.

7          For Kelly Phillips, she is claiming about 144 weeks of

8     overtime.  They have approximately 82 or 83 weeks for her.  So,

9     for Kelly, there's about 40 percent missing.  For Edel, there's

10    about 50 percent missing of the timecards.

11         The timecards, if you reconcile them with the checks

12    and the hand notations and all the cross outs, I'm suggesting

13    to you that you don't consider the timecards at all because

14    somebody did something with these timecards.

15         This is an overtime case.  A multi-million dollar

16    business ought to be able to produce timecards for their

17    employees, and they were not able to do it.

18         Matter of fact, they swore that Kelly stole them, and

19    then Elsa shows up and says, "I've had them since the end of

20    2007."  What happened to them in that interim period?  Why are

21    there so many scratch outs and handwriting all over the place?

22    What more likely than not happened here?

23         Where the employer's records of work time are

24    inaccurate and missing -- and we're saying that they're at

25    least inaccurate and certainly missing to a large extent.

1            Remember, there are no timecards for Louisa Ginsberg

2    at all.  You will not see any timecards for Luis Solarzano or

3    for Javier Gonzalez at all.  For the two that they claim they

4    do have the timecards for, you've got 40 percent missing and 50

5    percent missing roughly.

6            Now, when the timecards are inaccurate or missing, an

7    employee has carried out his or her burden if he or she proves

8    that he or she has, in fact, performed work for which the

9    employee has been improperly compensated.

10           If the employee produces sufficient evidence to show

11   the amount and extent of that work as a matter of just and

12   reasonable inference, meaning, as the Supreme Court decided in

13   1946, when there were no records or when the records are

14   missing, the employee can come and verbally testify as to how

15   many hours he or she worked.

16           Then the burden shifts to the employer to come up with

17   evidence of the precise amount of work performed or with

18   evidence to negate the reasonableness of the inference to be

19   drawn by the employee's evidence.

20           They have to, with precision, show you why the

21   plaintiffs are wrong.  They can't come and say, "Oh, we saw

22   Kelly taking a five-hour lunch."  They can't come and say,

23   "Edel used to hang out in the office."  They can't come in and

24   say, "Luis Solarzano was always late for work, and Edel was

25   punching in for Kelly."  That's not allowed.

1          The law is if they're not going to keep records of

2     time worked, they have to precisely show you, with precision,

3     why the plaintiffs' case is unreasonable, and that's something

4     that they cannot do.

5          How do you award damages for a case of missing records

6     or inaccurate records?  You can never figure out, with

7     precision, how much an employee is owed because you don't know

8     exactly how many overtime hours they worked.

9          The Supreme Court said that if the employer fails to

10    produce such evidence, meaning precisely why they are wrong,

11    then you may award damages even though the result is only

12    approximate.  You may award damages by an approximation.

13    That's what the law is when employers do not keep records of

14    time worked.

15          Another thing that the Judge is going to instruct you

16    is that any of this evidence about embezzlement or theft can't

17    be used to deduct any amount of overtime from the plaintiffs'

18    claims.  That's what the law is because these rights are

19    unwaivable.  You can't get rid of them.

20          So they're not claiming any offset in this case.  As a

21    matter of law, they're not even allowed to do that.  What

22    they've done is created this whole theft scheme in order to

23    divert your attention.

24          Just like this picture makes you think it's a humble

25    business that doesn't have income, which is really a

multi-million dollar business, according to Mitchell, they have created all of this theft and embezzlement to, as they used to say in law school, to create a red herring, something to distract your attention from what's really going on.  That's why this case took ten days instead of four or five, in our opinion.

Now, I want to go to another claim here, the claim of retaliation, because two of the plaintiffs have retaliation claims in addition to their wage claims.

As you know, Edel Leon was fired on August the 19th, 2009, within a day and a half after he filed his overtime complaint.

Javier Gonzalez, he also was fired within -- the longest period of time was two weeks from the moment that we notified the attorney that he wanted to join until he was fired.  I want to show you what the law is in this regard as well.

Now, the law in this case prohibits discrimination against an employee for having brought a claim of overtime.  It has to be that way because who in their right mind would sue an employer while they're still working if the law permitted the employer to fire them and get away with it?

The same laws that forbid discrimination based on race or religion or gender, all of those types of subcategories, the same types of laws prohibit discrimination based on a wage

1  claim, and that's because workers have to feel free to assert

2  their rights.

3         These are exceptions to the general rule that an

4  employer can dismiss an employee when he or she wants.  Just

5  like an employer cannot fire somebody because of their race,

6  religion, or gender, so too they cannot fire somebody because

7  of the fact that they've claimed wages under this act.

8         Now, to state it another way, it has to be shown that

9  the protected activity, which is the filing of the complaint or

10 the claim for wages, was a substantial motivating factor for

11 the discharge.

12        I want you just to pay attention to those words.  A

13 substantial motivating factor.  It doesn't have to be the only

14 factor.

15        Matter of fact, an employer may have many reasons for

16 firing an employee, but if the wage complaint is a, and I

17 underscore "a", motivating factor, if it made a difference in

18 the employer's decision, it's illegal discrimination.

19        We want to show you how, in this case, even beyond a

20 reasonable doubt, even if you were using that higher standard,

21 it is so clear that these two gentlemen were fired because they

22 filed their overtime complaint.  It's interesting that the

23 defendants are even disputing this.

24        Let me show you this.  This is a timeline that we have

25 created.  We've copied and pasted a question that was asked to

1   Mitchell the first day that he testified.

2           I know that we're already ten days into the process.

3   I hope that you remember what Mitchell said.  I hope that you

4   do.  If you don't, we typed up a question and answer that shows

5   you his feelings toward employees that sue him.

6           The question was to Mitchell Igelko:  "I'm sorry, were

7       you finished?"

8           His answer was:  "The ones that had no brains, I think

9       it sounded very good to them.  They joined, and now they

10      don't have a job.  They don't have anything.  The ones that

11      do have a job, they work one or two days somewhere,

12      probably working illegal or whatever it is that they are

13      doing."

14          That is from Mitchell's mouth, the decision-maker.

15          Let's look at both of these gentlemen's employment

16  with Mitchell's.  Edel Leon starts in 1997 as a mechanic.

17          Javier Gonzalez starts in the year 2000.  The years

18  2001, 2002, 2003, '04, '05, '06, '07, '08 go by uneventful.

19  Good employees, trusted employees, hard-working employees.

20          Then, all of a sudden, we get to 8/17/09, the date

21  that Edel Leon joins the lawsuit.  You'll see it.  We've

22  stipulated to it.  It's in your notes.  It is undisputed that

23  Edel joins the lawsuit, and Mitchell says that he knows of the

24  lawsuit because his attorney tells him of it.  He tells him

25  that Edel joined.

1           On the 19th of August, 2009, within two days, 48 hours

2   of when he joins the lawsuit, he's fired.  No documentation.

3   No written warnings.  No employee file because supposedly Kelly

4   stole it.  Fired.

5           What was a motivating cause?  What was the straw that

6   broke the camel's back?  The lawsuit.

7           Now, they brought Anita Aviles to say that Edel called

8   her by a derogatory name in Spanish.  Let me ask you a

9   question, what more likely occurred than not?  Even if that did

10  happen, where is the written warning?

11          When did it happen?  Did it happen before he joined

12  the lawsuit?  After?  In between?  What was the straw that

13  broke the camel's back that caused this 13-year employee, that

14  had no prior complaints, to be fired, more likely than not?

15          If you're looking at this, use your common sense,

16  which the Judge will tell you to use.  What more likely than

17  not caused that man to be fired?  It was his assertion of his

18  wage rights, and that's what makes it illegal.  That's what

19  we're asking you to find in this case for him.

20          Now, let's go to September 1st, 2009, and you'll see

21  all of this in evidence.  Javier Gonzalez comes to our office

22  and he says, "I want to join this lawsuit too, because I've

23  been working these crazy hours, 69 hours a week, and I'm being

24  paid by the day.  They're not paying me time and a half."

25          So we send a letter to the defendants saying Javier

1   Gonzalez wants to join the lawsuit.  You're going to see the

2   letters in evidence.  One is dated September 1st.  The other is

3   December 7th.  When the attorney didn't respond, we said what

4   is your position?  Do you agree to it?  Do we have to ask the

5   Judge for it?

6        All of a sudden, September 11th, Javier gets paid.

7   That's payday.  On Sunday, 9/13/09, and you'll see the defense

8   attorney's response saying, "We don't agree to Javier and the

9   others to join the lawsuit," and boom, the day after, September

10  14th, 2009, Javier is fired.

11       He told you what happened.  He said he went there with

12  Mitchell.  Mitchell goes to Mr. Mendoza, the supervisor, and

13  says, "Hey, this guy is joining the lawsuit for the overtime."

14  The supervisor says, "Tell him to go to hell," and Mitchell

15  fires him.

16       Now, they're going to tell you that Javier voluntarily

17  quit because, all of a sudden, taxes started being taken out of

18  his check.  The problem is, it doesn't make sense because he

19  cashed the paycheck, and the paycheck was given that Friday.

20  If he quit, why would he have returned to work on the 14th?

21       Once again, since the year 2000, nothing happened to

22  this man.  He was another trusted employee.  Nothing of a

23  write-up.  Nothing in the file.  No employee file showed

24  anything wrong that he ever did, until he filed the lawsuit,

25  and then he was fired.

1          So you think to yourself, what was a motivating cause?

2  What was the straw that broke the camel's back?  That's why I

3  say, in this case, even if we had to prove their retaliation

4  cases beyond a reasonable doubt, in 90 percent land, there's

5  very, very little doubt that their assertion of their wage

6  rights is the reason why they lost their jobs.  We're going to

7  be asking you in a minute to award them a certain amount of

8  money for that.

9          So, how much is it worth?  One of the questions that

10  you're going to be asked on the verdict forms is how much

11  Javier Gonzalez and Edel Leon should be awarded for mental pain

12  and suffering.

13          Do you remember the first day of trial when I had a

14  chance to speak to everybody, I asked everybody, is there

15  anybody here that thinks that mental pain and suffering is just

16  something that you should just forget about?  Remember me

17  asking you that?

18          I asked you because there are certain individuals in

19  the world, like Army sergeants, who would say, "Soldier, just

20  get over it and move on."  But in the world of discrimination,

21  whether it's physical injuries that happened because of an auto

22  accident or because of other types of legally caused damages,

23  mental anguish is always something that is claimed.

24          The law is that no evidence needs to be submitted

25  showing the extent of those mental injuries, because why?  The

1    injuries, as the Judge will tell you, are intangible.  They
2    can't be touched.

3         Somebody suffering mentally cannot -- you can't put
4    that on a measuring scale because it's in the mind, and
5    therefore, you use your common sense to figure out how much is
6    it worth for two long-term employees, that started back in 1997
7    and the other in 2000, that planned on spending the rest of
8    their careers working for this company, for Mr. Leon, 13 years
9    uninterrupted, how much is that worth, his suffering and mental
10   anguish?

11        You can tell from his demeanor that he's not a mushy
12   type of guy, but you know what, that's pretty significant, 13
13   years and nobody complains about anything until he files this
14   wage complaint, and then the whole world comes tumbling down
15   because the very employer who promised him a job until he
16   retired has now told him to get lost, buddy.

17        "You sue me," just like Mitchell said, there are his
18   words.  They joined, and now they don't have a job.  That's
19   what happened, and that's what happened to the other three
20   people too that you heard about.

21        Mateo Pop and the other two guys, they were the ones
22   who were still working there too with Javier Gonzalez, and he
23   got rid of them also when they joined the lawsuit.  That's
24   based on all the evidence before you.  But you can't do that,
25   Mitchell.  It's illegal to do that.  You, Mitchell, have to

1   follow the law also.

2           Yes, sir, you're entitled to conduct your business,

3   but tell me this, you saw that picture of the business and how

4   it's really the opposite.

5           Tell me how it's any different for them to claim that

6   Kelly Phillips stole all of that money from them?  How is it

7   any different when an employer takes wages away from their

8   employee that should have been paid all of those years?  Isn't

9   that theft?  What's the difference?

10          If an employee is entitled wages and the employer cuts

11  the hours off of the paycheck or doesn't pay the required

12  wages, how is that not theft also?  Mitchell accuses people of

13  that which he himself is guilty of.  That's what I want you to

14  understand that you're dealing with in this case.

15          The mental injuries are intangible.  You have to think

16  about what will fairly compensate them.  I'm going to suggest a

17  figure that, for Edel Leon, remember Mitchell brought this

18  lawsuit against him afterwards claiming that he had stolen all

19  of this stuff and conspired with his wife to do this, we're

20  asking that you award Mr. Leon $300,000 for his mental pain and

21  suffering and Javier Gonzalez, $250,000.

22          They had no business being fired, ladies and

23  gentlemen, when they were.  That's discriminatory.  That's what

24  we're asking that you award them.

25          Now, remember that we also have the overtime claims.

1   Edel Leon is claiming that he worked a period of 654 weeks

2   total, but remember, his period of claim is only from August

3   the 17th, 2006 through August 17th, 2009.  That's a three-year

4   period.

5        His rate of pay was $20 an hour.  He's claiming that

6   he worked an average of 46.5 hours a weeks and that his

7   overtime rate was $30 an hour, which would have meant a

8   half-time rate of $10 an hour, because the difference between

9   $20 an hour and the overtime rate of $30 is $10 an hour.

10        So he's claiming four hours of half-time and two and a

11   half hours at time and a half.  The half-time claim of four

12   hours times 156 weeks, which is three years, times 624 hours,

13   times $10 would yield $6,240 for his half-time case.

14        His time and a half claim, the two and a half hours

15   that Mitchell indiscriminately took off without reason, times

16   156 weeks, times the $30 an hour, comes out to $11,700.

17        Therefore, his total overtime claim is for $17,940.

18        He's also claiming the amount that he would have made

19   from the date that he was fired until the present date.

20   Remember, he got a new job about three months after he was

21   fired, but he gets paid $2 less an hour.  He's making $18 an

22   hour without insurance.

23        If you add up all of his insurance benefits and the

24   differential in wages between $20 an hour that he was making at

25   Mitchell's, had he continued working at 46.5 hours a week and

1  not been fired when he did, his total back wage claim would be

2  $22,900, and that's if you give him his benefits and insurance

3  and the differential between the $20 an hour and $18 an hour

4  that he's now making.  That's in addition to the emotional

5  damages.

6          Javier Gonzalez, we've already gone over his emotional

7  damages.  He's also claiming back wages from when he was fired

8  until he found a new job about eight or nine months later.

9          If you take his average hours worked per week while he

10  was at Mitchell's, which was 68 to 69 hours per week, if he

11  would had been paid the minimum wage rate of $7.25 plus

12  overtime on the minimum wage rate, that's $10.87 for the

13  overtime for the 28 hours of overtime a week, he should have

14  been paid $594.36 a week.

15          If he was out of work for nine months, which is 39

16  weeks, times $594.26, it's a total back wage claim of

17  $23,180.04 for his back wages.

18          Kelly Phillips, she has a claim here.  She also

19  started -- she worked there for 335 weeks.  Once again, she can

20  only claim for the last three years of her employment, from

21  8/20 of '06 through 6/1/09.  That is her claimed period of 144

22  weeks.

23          Her rate of pay was $19.50 an hour with a

24  corresponding overtime rate of $29.25.  She is claiming an

25  extra five hours of overtime that Mitchell indiscriminately

1 took out of her pay from 8/20/06 through February 1st of '08

2 and 2.5 hours of overtime from February 2nd of '08 through

3 August 3rd of '09.

4 If you add these two figures together, the 75 weeks,

5 which is the first period of time, times the five overtime

6 hours, times $29.25 an hour for overtime, you get $10,968.75.

7 For the latter period of time where she's only

8 claiming 2.5 hours of overtime a week, it would be $5,045.62,

9 which is a combined total of $16,014.37.

10 THE COURT:  At your request, Mr. Zidell, you have

11 about 20 minutes remaining.

12 MR. ZIDELL:  Okay.

13 Louisa Ginsberg.  Once again, there are no time

14 records for Louisa.  She worked for 40 weeks.  Her claim is

15 probably the simplest, for arithmetic purposes, out of all of

16 them.

17 40 weeks of employment, she was making $15 an hour,

18 $12 an hour by check and $3 an hour by cash.  She worked an

19 average of 48 hours a week.  Her overtime rate was $22.50 an

20 hour.  When you take $22.50 an hour times eight hours of

21 overtime a week, times 40 weeks, she is claiming $7,200.

22 Lastly, the claim of Luis Solarzano.  Luis was the

23 tree cutter for the total period that he worked there, 237

24 weeks, but once again, he's limited to -- he's claiming 121

25 weeks only from 3/29/07 to 4/1/08, which is 52 weeks.

1          Then again from August 15th of '08 through December

2    17th of '09, which is another 69 weeks, for a total of 121

3    weeks.

4          His rate of pay was $14 an hour with a corresponding

5    overtime rate of $21 an hour.  He's claiming that his half-time

6    of $7 an hour was not paid when it should have been.  His

7    average overtime hours a week were eight hours a week.  The

8    amount claimed is 121 weeks multiplied by eight overtime hours

9    a week, times $7 an hour, which comes out to $6,776.

10          Now, we've spoken of a three-year maximum.  A

11    three-year maximum is, by law, the absolute maximum that

12    somebody can recover for these wages.  That's just the way the

13    law is, and the plaintiffs have to follow that law.

14          In order to get the three years, it requires a

15    determination by you that Mitchell intentionally or recklessly

16    violated the law.

17          If you find that Mitchell mistakenly did this, they

18    can only recover for two years.  If you find that it was

19    something more than just a simple mistake that happened here,

20    it's a three-year recovery.

21          I just want to go over briefly with you the evidence

22    that has shown that this was only an intentional violation.

23          We called the accountant to come, Mrs. Crouch, I

24    believe her name was.  She came last week, and she said that

25    she used to meet with Kelly all the time.

1          She says, "Kelly, what are all these cash entries?

2     All of this cash, cash, cash.  What's going on here?"  She

3     said, "You better cover yourself.  If Mitchell is going to have

4     you do all of these cash transactions, you say, in a little

5     memo, per Mitchell because you don't want to have this stuff

6     coming back to bite you."

7          So they come up with the idea that Mitchell is going

8     to start putting plants on people's paychecks in order to make

9     it look like the wages, which are really wages, are being paid

10    for costs.

11         The accountant said Mitchell saved somewhere between

12    15 to 20 percent doing that.  That's significant when you're

13    talking about 40 to 50 employees over a several-year period of

14    time, not having to pay payroll taxes on all that money.

15         That's why you will see, on the pay stubs, loans,

16    advancements, plants, costs.  That's not a mistake.  That's

17    something that is more than a mistake.  That's something that

18    is certainly intentional and something that is reckless.

19         For Mitchell to try to fabricate a story against his

20    trusted employees for so many years, just because they join

21    this lawsuit, the only thing I can say to that is shame, shame

22    on you Mitchell.  Shameful.  Shameful to do such a thing to

23    people in general, and particularly to your trusted employees.

24    That is intentional behavior, ladies and gentlemen.  That is

25    something that goes way beyond just making a simple mistake.

1          So, when you're back there deliberating and assessing

2    what happened here, more likely than not, think to yourself, is

3    this really a case where a guy just made a mistake, or is this

4    the case of a guy who has intentionally taken wages from his

5    employees over all of these years?

6          And that's why, when you go back and look at the

7    paychecks or whatever timecards you might find for Kelly and

8    Edel, compare them to the paychecks, and you're going to always

9    see two, three, four, five hours missing.

10          Why did it happen?  Because Mitchell felt like doing

11    it.  You know what?  You, as a jury, have the opportunity to

12    make that right, because if nobody else speaks to Mitchell, if

13    he doesn't listen to anybody else, he will listen to you.

14          That's why the plaintiffs are coming to you for their

15    last payday, a payday that should have been given to them years

16    ago and that now they turn over to you to do the right thing,

17    and we thank you for that.

18          THE COURT:  Thank you.

19          Any members of the jury need a break?  Okay.  Seeing

20    no hands, Mr. Espinosa, I'll let you get your papers ready.  If

21    you need to rearrange things, you can.

22                    DEFENDANT'S CLOSING ARGUMENT

23          MR. ESPINOSA:  Good morning, ladies and gentlemen of

24    the jury.  I would like to thank you on behalf of my clients,

25    Mitchell's Lawn Maintenance Corp, M.I. Quality Lawn, and

1    Mr. Mitchell Igelko, for sitting through this trial, for taking
2    copious notes, and for listening to all the evidence.

3          As Mr. Jamie Zidell said, this is the only way the
4    system works.  That is correct.

5          The seven of you, or eight of you, sorry, Carlos,
6    walked in here on a Tuesday.  Ordinary people doing their job
7    every day.  But you've been judges for the last ten days, and
8    you're still judges until you finish this case.

9          Her Honor is the Judge of the law.  You, ladies and
10   gentlemen, are the judges of the facts.  That's a very
11   important responsibility, and I thank you for that.

12         I would also like to apologize in advance for all of
13   those, quote unquote, side-bars.  You know those times that the
14   attorneys go over there and you hear that shhhhhhh.  I think
15   that was a record high in this trial, and I really apologize
16   for that.

17         But that noise is relevant.  That noise is really
18   intended to distract you so you're not able to hear what the
19   Judge and counsel are talking about, because it is
20   inappropriate to discuss that in the presence of the jury.
21   There were a lot of them, so that's why I apologize.

22         It's interesting because that noise, that shhhhhhh, 80
23   percent of plaintiff's case was noise.  That noise is relevant
24   in this case.  80 percent of what they were saying was just
25   noise.  It was just to distract you.

1          Just remember, they have the burden of proof in this

2     trial.  It's an interesting trial because, as a defendant,

3     you're not supposed to disprove plaintiffs' claims.  They're

4     supposed to prove their claims, and I submit to you that what

5     happened here is that we disproved their claims, and I'll tell

6     you why.

7          Let's start with Louisa Ginsberg.  Louisa Ginsberg is

8     claiming overtime.  She's claiming approximately $7,000.  She's

9     claiming that she worked approximately 48 hours a week when

10    Mitchell and Adriana both testified that she was a part-time

11    employee.

12         Ms. Ginsberg testified she only took ten-minute

13    lunches.  It is possible someone could eat lunch in ten

14    minutes.

15         Then, on cross-examination, when Mr. Jomarron

16    cross-examined her, she admits to then leaving the company and

17    going out to get lunch for all the other employees.  She didn't

18    mention that on direct, though.

19         Let me just turn this around for one second, because

20    it's very important.  What are we to look at?  You, the judges

21    of the facts, are going to make your determination in this case

22    based on the evidence that's been presented.

23         What evidence has been presented throughout this

24    trial?  There are two types of evidence.  There is testimonial

25    evidence, what they said and what our clients said and what

1    every witness said.

2          Then there are documents, documentary evidence.  When

3    you look at the credibility of the witnesses, it's important to

4    understand a few things.

5          It says, "In considering the credibility of the

6    witness -- now, in saying that you must consider all of the

7    evidence, I do not mean that you must accept all the evidence

8    as true or as accurate.  You should decide whether you believe

9    what each particular witness said" -- I'm sorry, can you see

10   that?  -- "you should decide what each particular witness said,

11   how important their testimony was, and in making that decision,

12   you may believe or disbelieve any witness in whole or in part."

13         This is an instruction that Her Honor will instruct

14   you on when you go back to the jury room.

15         "In deciding whether you believe or do not believe any

16   witness, I suggest that you ask yourself a few questions."

17         "Did the witness impress you as one who was telling

18   the truth?"

19         "Did the witness have any particular reason not to

20   tell the truth?"

21         "Did the witness have a personal interest in the

22   outcome of this case?"

23         I suggest to you, obviously, that all five of them

24   have an outcome in this case.  That's why, when we get to Anita

25   Aviles, the woman who drove 1,300 miles with her four kids with

1  no AC, by car, she's the only independent fact witness in this

2  entire case who has no stake in the outcome.

3       You heard Mr. Edel Leon say that she lied.  She came

4  all the way over here from Indiana, packed up with her four

5  kids, to lie to all of you?  Like Mr. Zidell said, you came in

6  with your common sense, then use your common sense.

7       The other question you should ask yourself, "Did the

8  witness seem to have a good memory?"  I think we all know very

9  well that Edel Leon has, arguably, the worst memory in this

10  courtroom.  He admitted it.

11       "Did the witness have an opportunity and ability to

12  observe accurately the things that he or she testified about?"

13       "Did the witness appear to answer the questions

14  clearly and answer them directly?"

15       "Did the witness's testimony," very important, "differ

16  from other testimony and evidence?"  Please keep this in mind

17  because this is extremely important.

18       Now, Ms. Louisa Ginsberg testified on the stand that

19  she made copies of every single timecard, and she faxed it to

20  Mitchell Igelko.  Why didn't she bring them?  You see, they

21  could have easily come into court and brought you all the

22  records.  We wouldn't even be here.

23       They didn't come and show you documents.  They just

24  expect you to believe what they're saying.  Show me the proof.

25  Anybody can come in here and say whatever they want.  That's

1    why it's your job to determine who's credible and who's not.

2           She didn't bring the records.  She had faxed the

3    records to Mitchell's, and then she wasn't told to bring them.

4    Okay.

5           Well, then we move on and we talk about the fact that

6    Louisa Ginsberg, on the stand, admitted that, on certain

7    occasions, Mitchell Igelko even lent her and her husband money.

8           Ms. Ginsberg also testified that she was a part-time

9    employee, yet she maintains that she worked 48 hours average a

10   week.  I'll give her the benefit of the doubt at least that she

11   actually calculated it supposedly based on something, not on

12   her memory for the past six years like Ms. Phillips, but her

13   excuse is, whoops, didn't bring the records.

14          So then we move onto Javier Gonzalez.  He's claiming

15   $19,972 in back wages.  The mental anguish number that I heard

16   was just astronomical.  I think it was something in the realm

17   of $200,000.

18          He testified, while on direct with his attorney, that

19   he was first paid cash.  Then he said he was switched to check.

20   So he was paid by check throughout, after he was paid cash, so

21   the only reason that Mitchell could have possibly fired him was

22   because he retaliated against him, because he sued him.

23          Then we brought his deposition.  Mr. Jomarron

24   cross-examined Javier Gonzalez.  What did Javier Gonzalez say?

25   He said, "Oh, I must have misspoke.  You're right, I didn't get

1  paid cash initially.  I got paid by check."

2        You heard testimony from Mitchell Igelko.  Javier

3  Gonzalez came up to him and asked him, "Please, I need you to

4  pay me by cash because I need to make a little bit more money."

5  Mitchell does it.

6        I'm not telling you that everything Mitchell Igelko

7  does is correct.  Opposing counsel has made much of the fact

8  that Mr. Igelko, in the past, has done things that are

9  improper.  You can infer that, but we're not here on the past.

10 We're here on the present.  We're here on these plaintiffs'

11 claims and nobody else's.

12        We're not here on Danny Basulto's claim.  We're not

13 here on Ruben Melgar's claims.  We're not here on their claims.

14 You are to decide based on Louisa Ginsberg, Javier Gonzalez,

15 Luis Solarzano, Edel Leon, and Kelly Phillips.

16        So, Javier Gonzalez finally admits that he was paid by

17 check initially and then paid by cash.  Then what happens?

18 Mitchell, on September 1st -- let me point this out to you.

19 There's always two sides to a story.  Let's get all the cards

20 out on the table here, folks.

21        Counsel, can you help me?

22        Javier Gonzalez, Mitchell testified that he --

23        A JUROR:  I'm sorry, I can't see.

24        MR. ESPINOSA:  Mitchell testified that he knew, as of

25 September 1st, that Javier was asserting a claim.  Now,

1    Mr. Zidell wants you to believe that Mitchell learns of the

2    lawsuit on November 12th.  Just look at your notes.  Look at

3    the evidence.  Mitchell knew as of September 1st.

4         What happened?  Mitchell's attorney, his predecessor

5    counsel said, "Excuse me, you have to start doing things a

6    little bit different, and here's what you got to do:  No more

7    paying cash, no more illegal employees working there," which

8    all of the plaintiffs are legal, by the way.

9         So the reference to illegal immigrants and all of

10   these cash payments, irrelevant.  It's just to muddy the

11   waters, to make my client look like a bad guy.

12        Based on the advice of counsel, he tells the workers,

13   "Either you show me documentation, valid I.D., or you can't

14   work here."  Well, some of them don't come up with I.D.s, so

15   they can no longer work there.

16        The attorney also tells Mitchell that everyone now

17   gets paid by check and taxes are deducted.  Boom.  Mitchell

18   already knew, September 1st, September 1st all the way to when

19   he was actually fired, which was on 9/14/09.

20        If he knew and he is as explosive as the plaintiffs

21   make him seem, he would have fired him on the 2nd, but he

22   didn't.  He just said, "Guess what, you have to be paid by

23   check."

24        You heard evidence from Anita Aviles and Jose Mendoza,

25   his supervisor.  When this man found out his check was

1   allegedly short, it was short because there were taxes being

2   deducted.  He did not like that.

3        I can understand that.  I can sincerely understand

4   that, whether he's sending money back to his country or whether

5   he has to pay his monthly bills.  It's a tough economy for all

6   of us.

7        But what happens?  Javier gets his check on Friday.

8   You heard Anita Aviles testify that he went in there and

9   started screaming profanities and said, "What is this?  Why is

10  my check short?"

11       "Well, because we're taking out taxes, sir," and he

12  rips up his check.

13       Mr. Zidell wants to you believe that he still has the

14  original pay stub.  He does, but a pay stub and a paycheck are

15  two different things.  He ripped up his paycheck.

16       As a matter of fact, Anita testified that she believes

17  that, when he came back on Monday to discuss the issue with

18  Mitchell, she believes he was issued a new check.

19       If he cashed that last check, why didn't he bring it?

20  He could have just brought it and said, "Look, I cashed it."

21  He ripped the checkup.  Elsa saw it.  Anita saw it.

22  Credibility of the witnesses.  Does Anita have any motive

23  whatsoever to lie?

24       Now, why is this board also important?  Well, it

25  leaves out very crucial points.  See right here, here's where

1   Kelly Phillips gets investigated before everything happens.

2   Sorry for my poor writing.  Kelly Phillips gets investigated.

3        Why is that relevant?  Well, because they're making it

4   seem that everything starts when they start joining lawsuits.

5   No, everything starts when they realize that there's money

6   missing from the company.

7        There's a big difference, as Mr. Roadruck testified

8   yesterday, missing money and accounts receivables.  Mr. Zidell

9   wants to tie them together.

10       If you knew there was a million dollars, don't you

11  think that was important?  A million dollars wasn't necessarily

12  missing.  There were a million dollars in accounts receivables.

13  Why?  Because of the scheme that she was engaged in.

14       What happens?  Kelly Phillips, 8/4, she is confronted

15  with the detective.  Mind you, nothing has happened yet.  No

16  one has filed a lawsuit.  The first thing that happens is she's

17  confronted with an investigator.

18       When she's confronted with an investigator, she sits,

19  she's asked some questions.  You heard Mr. Roadruck.

20       "Do you know Harry de la Cruz?"

21       "Yes."

22       "Do you know about this?  Do you know about that?"

23       Well, Kelly leaves.  Her last day of employment was

24  August 4th, 2009.

25       On 8/19, Edel Leon was fired.  There's no dispute

1  about that.  Here's what we have to look at.  How about before

2  8/19 when Kelly Phillips was no longer working there?

3       You heard testimony from three different witnesses;

4  Anita Aviles, Elsa Gelman, and Adriana Igelko.  This guy became

5  the most insubordinate employee you can think of.

6       While Kelly was already conjuring up these lawsuits to

7  gather the troops, Mr. Edel Leon, I'm going to use Anita

8  Aviles's words, became out of control.  He was begging to be

9  fired.  You want to know why?  Because his wife was very smart

10 and worked at a law firm for ten years.  She knows that if you

11 file a lawsuit and then you get fired, you can also bring a

12 claim for retaliation.  That's what she does.

13      What does he do?  Well, we heard the testimony.  That

14 man made a sexual advance at Mr. Igelko's wife.  He said, "Hey,

15 Adriana, you have great breasts, but you need some junk in the

16 trunk.  You lack some back."  That was cute.

17      This is the same man that says he respects Kelly

18 Phillips and respects Kelly Phillips even before she was his

19 wife.  This is the same man that actually testified that he

20 worked continuously for 13 years.

21      But then I caught him.  I said, "Do you remember, when

22 you got Kelly Phillips pregnant, you took off for Ocala for two

23 to three months?"  Oh, oh, oh.  That's right.  You got caught.

24 You weren't even working for those two to three months, sir.

25      So this is the man that respects his wife, that loves

1  his wife.  This is the man that respects Adriana Igelko.  This

2  is the man that calls Anita Aviles names, the man that calls

3  Elsa Gelman a nobody, a spy, stupid.  What does he call Anita

4  Aviles?  Credibility to the witness.

5      What did she say?  Did she appear to be truthful?  He

6  called her [Spanish], Mexican of "shhhhhhh it".  He calls her a

7  [Spanish].  And then he takes it to the next level, and they

8  all testified that this happened right when Kelly left.

9      Of course, that's the game plan.  Let's do this.

10  Let's make some cash.  He calls her a [Spanish].  That's like

11  calling a Hispanic by the S word that rhymes with pick.  That's

12  like calling a colored person the N word.  That's that man

13  right there.  He's the man that respects everybody.

14      Don't believe it.  Don't fall for it.  Use your common

15  sense, and ask yourself, did a woman drive here with her four

16  kids, 1,300 miles from Indiana, to pack up the next day to lie

17  to you when she has no stake in the outcome?  I don't think so.

18  I don't think so.

19      Now, this exhibit of Mitchell's Lawn Maintenance,

20  which I initially showed you, I have never suggested my client

21  has a humble business.  Is he humble just because he works on

22  machinery?  Does that suggests he doesn't make a lot of money

23  doing what he does?  How do you know he doesn't own several

24  properties?

25      Mr. Zidell wants to you believe, look at these

1   pictures, it's so humble.  Does that mean a mechanic like

2   Mr. Derrick Wagina [phonetic] can't make a lot of money

3   repairing machinery, like he likes to do in his hobbies,

4   repairing small engines?  Does that mean that Derrick Wagina

5   cannot make a million dollars working with this stuff?

6           THE COURT:  Counsel, don't refer to members of the

7   jury personally, please.

8           MR. ESPINOSA:  I submit to you, my client definitely

9   had a successful business, but his business, unfortunately, was

10  bled dry, was bled dry by two people, who conspired now to

11  bring a whole host of people.

12          Let's talk about Luis Solarzano.  He's suing for

13  overtime.  Luis Solarzano initially sued my client for failure

14  to pay minimum wages.  Nope, then he sues him for overtime.

15          You heard Luis Solarzano testify on the stand, "I made

16  at least minimum wage all the time.  As a matter of fact, I

17  made $14 an hour trimming trees."  Pretty decent money, I would

18  think.

19          Luis Solarzano testified and admitted to being paid 32

20  hours by check and eight hours by cash at his request.  What

21  did Anita Aviles say?  She said, "He approached me and asked me

22  so he can make a little bit more money and not have to pay

23  taxes."  Well, Anita admitted to drafting up the agreement for

24  him to sign, which he did sign.

25          Now we're on the issue of taxes.  Let me just

1  interrupt you momentarily.  Remember Javier Gonzalez, the man

2  that says he always pays taxes in this country, he's always

3  paid his taxes?

4       Little did he know, Mr. Jomarron had done his

5  research.  He's put on the stand in cross-examination.  He has

6  an IRS tax lien against him.  Of course he wouldn't want to get

7  paid by check.  Who would?

8       I would blow a gasket too if I had an IRS lien against

9  me, and I think it's reasonable that anybody would blow a

10  gasket.  Now, all of a sudden, you're going to take taxes out?

11  Darn it.  The government is getting me anyway.  I have this IRS

12  tax lien over my head.

13       Then he said, "Well, you know, I have a tax lien.  I

14  think it's old."  Ladies and gentlemen, he was fired because he

15  refused to be paid by check when, right before.  He was being

16  paid cash.  Please, make no mistake about it.

17       Back to Luis Solarzano.  Luis Solarzano testified

18  that, even though Mitchell paid in part cash, he was always

19  paid his money cash.  That money that Mitchell paid him cash,

20  he was always paid that money.

21       So, on cross-examination, what we did is we showed him

22  some of the records.  His defense was, "I don't remember.  I

23  don't recognize these records.  I mean, these timecards,

24  they're not my handwriting."

25       His excuse is, "You don't have the records to show

1  me."  Of course we don't have all the records to show you.

2  Kelly Phillips took the records, and no, don't let them lead

3  you to believe at that she took all the records, including the

4  timecards, including the employees' files, including the Social

5  Security numbers.  She took records, but she didn't take all of

6  the records.

7       Thankfully, the older you get, the wiser you become.

8  Mrs. Elsa Gelman starts saving the timecards, October 2007.

9       Luis Solarzano, he came in here and said, "Yeah, I

10  worked this extraordinary amount of hours."  Did he show you a

11  single document to prove it?

12       He obviously has a bank.  Why didn't he go to his bank

13  and get the bank statements?  Why didn't he call and get the

14  checks?  Why?  Because if he does, he loses.  It's convenient,

15  the way the law is construed in this particular area, is that

16  there's a presumption, and let me read from the actual jury

17  instruction.

18       "Employee records, when the employer's records of work

19  time are inaccurate or missing, an employee has carried his

20  burden if he or she proves that the employee has, in fact,

21  performed work for which the employee has been improperly

22  compensated."

23       If you ladies and gentlemen of the jury find that the

24  employee produces sufficient evidence to show the amount and

25  extent of that work, as a matter of just and reasonable

1   inference, if you find that, which I submit to you I don't

2   think you will just based on his testimony, no documentation,

3   but even if you do, the burden then shifts to the employer to

4   come forward with the evidence of the precise amount of work

5   performed, and here's the key word, or with evidence to negate

6   the reasonableness of the inference to be drawn against the

7   employee's evidence.

8          You'll see the instruction.  I implore you to please

9   read this one carefully.  "Evidence of the precise amount of

10  the work performed or evidence to negate the reasonableness of

11  the inference."

12         You heard the witnesses.  You heard the testimony.

13  You will make that determination on your own.

14         Jose Mendoza also testified regarding Luis Solarzano,

15  that Luis Solarzano would work from 7:00 to about 3:00 to 3:30.

16  Why?  Because that's when the workers would stop working.

17         Jose Mendoza, his supervisor, testified that Luis

18  Solarzano typically worked Mondays through Thursday and every

19  other Saturday.

20         Ladies and gentlemen, I'm not going to ask you to go

21  back there and calculate money.  Just look at the basic

22  numbers.  How is it possible that he worked this extraordinary

23  amount of hours Monday through Thursday and Saturday, every

24  other Saturday he worked, but yet he's claiming overtime for

25  121 weeks?

 1          Talking about Luis Solarzano, on cross-examination,

 2    remember that nervous laugh that he had?  He worked there for

 3    five years and couldn't even remember the color of his pay

 4    stub.  Give me a break.

 5          When Mr. Zidell examines him, he remembers everything.

 6    He remembers the amount of weeks he's claiming.  As a matter of

 7    fact, he was so good he says, "Oh, I remember I'm claiming 121

 8    weeks.  You know what, that calculates to $6,776."  Credibility

 9    of the witness.

10          Let's talk about Edel Leon.  Edel Leon is the only one

11    in this that's suing for retaliation and overtime.  I don't

12    want to exhaust the point of retaliation.  I think it's very

13    clear why he was fired.

14          The plaintiffs are going to ask you to believe that

15    the motivating factor was because he filed the lawsuit.  No,

16    no, no, no.  The motivating factor was that when his wife left

17    on the 4th to when he was fired on the 19th, that two-week

18    period, he was out of control.  I don't want to repeat the

19    names that he told everybody because, frankly, I think it's

20    quite embarrassing, disrespectful, and rude, especially to

21    women.

22          Mr. Edel Leon is also claiming overtime.  He's

23    claiming mental anguish.  Do you remember why he's claiming

24    mental anguish?  He's claiming mental anguish because he's

25    being monitored by cameras.  Holy smokes.  I can just come to

1  the courthouse every day, be monitored by cameras, mental

2  anguish.  Someone is always looking at me, the Marshals,

3  whoever it is.

4       But then when Zidell goes ahead and redirects, what

5  happens?  He has an epiphany.  "That's right.  I suffer from

6  insomnia too."  Ladies and gentlemen, he's suffering from

7  insomnia and mental anguish?  You heard the testimony.  Now

8  he's claiming $300,000.

9       They make it seem like it's no big deal because,

10  supposedly, my client is a multi-millionaire.  Don't fall into

11  the trap.  It has nothing to do with how much money a person

12  makes.  In this country, if you work overtime, you get paid

13  your overtime.  In this country, if you work here, you've got

14  to pay taxes.

15       Well, Edel Leon decided that, "You know what, I'm in

16  this lawsuit.  Let me just throw everything in the kitchen

17  sink.  I'm going to throw everything at the wall and see what

18  sticks."  Nothing sticks.  Credibility of the witness.  Just

19  remember that.

20       Edel's excuse was -- the question was, "Does this not

21  accurately reflect the hours work and correspond with the hours

22  paid on the respective pay stub?"

23       "Yeah, it does."

24       "Does it correspond with your timecard?"

25       "Yes, it does, but you're not showing me the check."

 1              "Sir, why don't you bring the check?  You have to

 2    prove your claim.  I don't have to disprove your claim."

 3              So what do I do?  I spend all night getting all of

 4    those yellow documents that you saw up here, pulling up bank

 5    statements from Intercontinental Bank.  He was singing a

 6    different tune the next day.

 7              When I showed you the cancelled check and he admitted

 8    it was his signature, he said, and his words were, "I see, yes,

 9    that's the way it is, yes."  So I'm the one that's bringing

10    checks and disproving their claims.

11              They all have bank accounts.  They all have bank

12    statements.  If they could have just brought it, this would

13    have been over with.  Here is the proof.  No, they don't show

14    you the proof.  They just tell you what they want you to

15    believe.  Is that sufficient evidence?  I submit that it's not.

16              He was fired.  He was begging to be fired.  After the

17    three, four, five attempts, advances, comments to his mother,

18    it doesn't matter if it was -- Mitchell said that it was

19    because of Elsa.  This person said it was because of Anita.  It

20    was a combination, folks.

21              Lawyers are tricky.  I've got to admit, we tend to be

22    tricky.  We're wordsmiths.  We play with words.  He was fired

23    for a combination of things.  Mitchell Igelko was confronted

24    with his comptroller, and his comptroller, Anita Aviles, said,

25    she was purse in hand, and she said, "Mitch, it's either me or

1    him."  In the words of Donald Trump, the next day, Mitch says,

2    "You're fired."

3          It's the second time Mitchell Igelko chooses his

4    comptroller over his mechanic, because when Kelly Phillips had

5    that issue when they had initially broken up, she couldn't

6    stand working with Edel.

7          Adriana Igelko told you on the stand.  She said, "I'm

8    am emotional wreck.  We've broken up, and I can't work with

9    him.  It's either him or me."  What did Mitchell say?  "Kelly,

10   I need you."

11         Edel is off to Ocala for two to three months.  He

12   recalls going off to Ocala a couple other times too.  When he

13   testified on direct that the only time he missed in 13 years

14   was one week, give me a break.  You're smarter than that.  I

15   know that.  I know that.

16         Let's talk about Kelly Phillips.  I saved the best for

17   last.  Kelly Phillips was working very odd hours towards the

18   latter part of her employment.  This is the woman that has been

19   able to calculate, six years back, an average of the hours that

20   she has worked based on her recollection.  Have mercy, I got to

21   laugh at that one.

22         "Ms. Phillips, do you have a daily log?"

23         "No, I just did it all in my head."

24         Ms. Phillips, if there was ever a mistake on any of

25   your pay stubs, you prepared them.  If there was ever a mistake

1    on her pay stubs, she prepared them.

2         Now, Ms. Phillips was sued, as you heard, to get

3    certain records back.  Not all of the records back, because

4    Elsa was keeping certain timecards.  You know what, ladies and

5    gentlemen, what you're taking back with you are Edel's

6    timecards, Edel's pay stubs, Kelly's timecards, and Kelly's pay

7    stubs, along with the rest of the evidence.

8         Review it, please.  Review it carefully.  She was paid

9    overtime.  She worked overtime on certain occasions, but she

10   did not work 45 hours on average a week.

11        This is a woman that, when suing initially, she

12   claimed that two and a half hours of additional from that

13   period, I believe it was February 2008 to June 1st, 2009.  She

14   claimed two and a half hours as a minimum wage violation.  Why?

15   Because she knew she wasn't even working 40 hours a week.

16        You heard her testify.  There were timecards when she

17   worked 12 hours.  There were timecards when she worked 21, 23,

18   26, 27.  Then there were ones, towards the earlier part of her

19   employment, where she did work 40 hours, maybe 45 hours.

20   You'll see it.  She got the checks.  She was paid overtime.

21        Ladies and gentlemen of the jury, why is Kelly

22   Phillips one of the most important plaintiffs?  She's the

23   brains behind the operation.  She's the one with the legal

24   experience.  She's the one that worked at the bank.

25        She's the one that hangs out with Harry de la Cruz,

1    that man that opened up an account, Miranda's Lawn, doing

2    business as Mitchell's with one L.

3        Harry de la Cruz is no longer working at Mitchell's as

4    of 2006, but throughout the period of 2006, 2007, 2008, 2009,

5    what do we discover?  Harry is no longer working at Mitchell's,

6    but we do know that Harry and Edel and Kelly are hanging out,

7    talking on the phone, going to each other houses, going out to

8    eat lunch, and miraculously, checks that are coming into

9    Mitchell's Lawn Maintenance Corp with two L's are being

10   deposited into an account of Mitchell's Lawn with one L and a

11   Power Financial account owned by Harry de la Cruz.

12       She admits it.  She admits that Harry de la Cruz owned

13   that account.  At first, her memory was a little foggy, but

14   when I refreshed her recollection, "Do you remember when Harry

15   showed you the paper, Miranda's Lawn?  Now do you remember?"

16       "Yeah, I guess."

17       Well, I know you remember.  I know you remember that

18   Mitchell's Lawn with one L too.  Because that Mitchell's Lawn

19   with one L, at that period of time, there was a lot of money

20   coming into Mitchell's Lawn Maintenance Corp with two L's, so

21   it was easy.

22       My client doesn't know how to use computers.  He

23   testified and she testified that she was the most trusted

24   employee.  Perfect scenario.  It's game time, folks.  Let's

25   make some money.

1          She complained about her raises, but you know what,

2   she gave herself her own raise, $1.2 million worth of raises.

3          Now, let me ask you this, do you remember Harry de la

4   Cruz testifying?  I'm still mind-boggled as to why he

5   testified, but I'm glad he did.  Harry de la Cruz sat on this

6   stand and pled the Fifth 18 different times.  When Harry de la

7   Cruz was asked particular questions, he pled the Fifth.

8          Her Honor properly instructed him, "Mr. De la Cruz, I

9   would just like to advise you, you can invoke the Fifth when a

10  truthful answer to the question may tend to incriminate you."

11         So, what did I ask Mr. De la Cruz?  "Mr. De la Cruz,

12  were you involved in a conspiracy with Kelly Phillips and Edel

13  Leon to embezzle checks from Mitchell's Lawn Maintenance Corp

14  with two L's and deposit them into a Power Financial account

15  with one L?"

16         "I plead the Fifth."

17         Why didn't he just say no?  Why didn't he just say no?

18  Because he's got them.  The truthful answer would incriminate

19  him.  He did conspire with Kelly Phillips, with Edel Leon to

20  embezzle a lot of money.

21         Yes, my client did sue him.  We're not claiming an

22  offset in this lawsuit because the law doesn't permit that,

23  which is why we're suing them in State Court for civil theft.

24  That will be pursued to its finality.

25         So Kelly Phillips has the benefit of listening to

everybody's testimony throughout the trial.  They save her for
last.  What's her excuse?  She ties everybody's excuse
together.

Her excuse is, "You showed me the timecards.  You
showed me the pay stubs.  You even showed me some cancelled
checks, but guess what, Mr. Espinosa, all of this is
fabricated."  What else can she say?  It's all a fabrication.
Give me a break.

Elsa Gelman testified.  She testified that they buy
cards from different vendors.  They do.  Mitchell testified
that sometimes he would write on the cards.

Elsa testified that sometimes she would write on the
cards.

Kelly testified that sometimes she would write on the
cards.  She recognized her signature on some of the cards.

The only way that they can win now is by claiming it
is a fabrication.  Just look at the documents.  I'm glad this
evidence is here.  Unfortunately, it's the only evidence that
we had left because the remainder of the documents did go
missing.  I think we all know why.

Now, ladies and gentlemen of the jury, Kelly and Edel,
when they were caught with their hands in the cookie jar,
before anybody was fired, before anybody had filed a lawsuit
against Mitchell, showed up one day.

I remember Adriana Igelko testifying that, "If

1  Mitchell Igelko ever does anything to me or Kelly Phillips, he

2  will never forget us."  So what are we left with?  We're

3  defending a lawsuit where we have some records.  Some are

4  missing.  Why?  Because she took them.

5       How can we defend?  But fortunately, you are entitled

6  to look at the credibility of the witnesses.  Are they telling

7  the truth?  If their testimony is enough to come in here in

8  court and say, "I worked 40 hours a week.  Pay me.  I

9  calculated six years back.  The average amount on average was

10  48 hours," when a host of people came in here and testified

11  that Kelly and Edel would eat lunch whenever they wanted in the

12  office.

13       Edel said, "No, I never ate lunch in the office with

14  my wife."  Then his wife says, "Yeah, we did eat lunch.  As a

15  matter of fact, we started dating because of those lunches."

16  It's so inconsistent.  It's such a fabrication.  These two

17  people, when they got caught, rounded up the troops.  If you

18  want to look at the dates, let's look at them.

19       Edel Leon filed his lawsuit on August 17th, and

20  please, this is very, very, very important.  Edel filed a

21  lawsuit on August 17th, 2009, first one of the plaintiffs that

22  makes the claim.

23       Kelly Phillips files a lawsuit August 26th, 2009.

24       Remember Esteban del Sol, the gentleman that testified

25  that he supervises some of the lawn workers?  Remember him

1  testifying that Kelly Phillips and Edel Leon went to his house

2  to try to convince him to join the lawsuit, and he said no, but

3  they would still try to encourage him?

4         He didn't become a part of the lawsuit.  Mr. Zidell

5  may come up here and say, "He didn't become part of the lawsuit

6  because he was scared he was going to be retaliated against."

7  He's not a plaintiff here, so you can disregard that.

8         What's relevant is his testimony as to these two

9  individuals conjuring up and gathering the troops to bring

10  Mitchell Igelko down.  The two individuals that were interested

11  in buying his business, but couldn't get a loan from the bank,

12  jealousy, call it whatever you want.

13         Javier files his lawsuit September 19th, 2009.  Let's

14  gather some more troops, folks.  That's not enough.  Let's kick

15  him while he's down.

16         Louisa Ginsberg files a lawsuit October 19th, 2009.

17         Ah, let's get one more.  Let's get Solarzano in here,

18  come on.  Solarzano decides to join the lawsuit in 2010, March

19  29th, 2010.

20         Is it a mere coincidence that Edel and Kelly first

21  brought the suit and then rounded the troops?  Nope, they got

22  caught.  They got caught, and in revenge, they sued him, but

23  they took some records and left us borderline defenseless, but

24  not entirely thanks to that woman sitting right there.

25         Ladies and gentlemen, enough excuses.  Mr. Zidell is

1  right.  You're not here to determine whether Kelly Phillips or

2  Edel Leon embezzled $1.2 million.  That will be determined in

3  another case.

4      You're here to determine whether them coming here and

5  just telling you their story is sufficient evidence to prevail

6  on their claims.  They could have showed you the documents, but

7  Kelly said, "I was never told to bring them."

8      Kelly, if you bring them, it's a slam dunk.  You know

9  why you can't bring them.  Because if she brings them, she

10  loses.  As to all of them, they lose.

11      Because of this little law that says there's a

12  presumption that now shifts to the employer to keep records, we

13  can hide behind that all day because now they have to come up

14  with them, but they can't because I got them.

15      Please don't believe it.  And please do not believe it

16  just because I tell you.  Look at all the evidence, ladies and

17  gentlemen.  Ladies and gentlemen, after looking at all the

18  evidence, I feel very comfortable that you will render the only

19  verdict that I believe is just, fair, and reasonable.

20      I'm going to show you the verdict form in just a

21  second.

22      Elsa Gelman, Mitchell Igelko, they both testified that

23  people were not required to work through lunch.  They deducted

24  a half-hour.  That is true.  When you take half an hour by

25  days, that's how you get the 2.5 hours.  Half-hour, half-hour,

1  half-hour, half-hour, half-hour.  Two and a half hours.

2          Even if they worked -- pardon me, even if they ate

3  lunch for an hour and a half or an hour, or two hours, or three

4  hours in the office playing tic-tac-toe, romancing, planning

5  vacations, they were still getting paid.  What an awesome job.

6  That's fantastic.  It's phenomenal.

7          Let me point something out that is very important

8  also, because we tend to leave out some things when they don't

9  benefit us.  You see this reference here?  Mitchell's response

10 that says, "They were the ones that had no brains."

11         Well, when you read the transcript in its entirety,

12 the reference to having no brains referred to them having no

13 brains for filing a frivolous claim.  He wants you to believe

14 that he just called him that because he's a jerk.

15         Mitchell Igelko is a jerk so he tells people they have

16 no brains.  "I don't pay you to think.  I pay you to do."

17 Well, I don't pay you to steal.  How's that?

18         The having no job reference referred to karma.  When

19 you read the transcript, that inference is look at what you

20 did, bringing this frivolous claim against me, and look at

21 where you are now.  Whether you believe in karma or not.

22         Folks, there were so many witnesses in this case I

23 couldn't keep track of them all.  The plaintiffs' case-in-chief

24 took nine days.  Our case took six hours.  You know why?  They

25 called a bunch of witnesses that had no bearing on the issues

1    of this case.  Shhhhhhh.  Noise, distraction.

2            Susan Crouch, she was an accountant way before Rolando

3    Leiva.  What did she have to say?  What did she add?

4            Ralph Diaz came in here.  What did he say?  Look at

5    your notes.  I know this is a smart jury because the questions

6    that were asked were phenomenal.  I'm glad that we have a

7    professional etiquette consultant here.

8            There was a question asked, "Mr. Leon, how did you

9    feel when you called Anita Aviles [Spanish]?"

10           "I never called her that."

11           Okay, sir.  Credibility of the witnesses, ladies and

12   gentlemen.  Credibility of the witnesses.

13           Ladies and gentlemen, the important determination

14   regarding any willfulness, any willful violation, that only

15   evidence came through Susan Crouch.  What did she say?  She

16   didn't say much.

17           What we do know is that, when Anita became

18   comptroller, everybody got paid overtime.  They were now

19   keeping records.  They were keeping full records.  They were

20   taking deductions.  There is no willfulness here.  My client

21   did not intend, pardon the word, to screw anybody over.  Look

22   at the evidence.

23           Ladies and gentlemen, all I ask is that, when you go

24   back into that room, that you do the right thing.

25           We have jurors here that are retired, that enjoy

1   spending time with their grandchildren.  We have a project

2   logistics manager.  We have a mechanic.  We have a businessman

3   who operates a funeral home.

4            THE COURT:  Counsel, I asked you not to refer to

5   personal characteristics of the jurors.

6            MR. ESPINOSA:  I thought you said personal names.  I'm

7   sorry, Your Honor.

8            In any event, what I do know is that, when you go back

9   into that room, you will do the right thing.  When you look at

10  the evidence, you will render the only verdict that the

11  evidence supports, and that is a verdict that my client,

12  Mitchell Igelko, M.I. Quality Lawn, and Mitchell's Lawn

13  Maintenance Corp, are not liable.

14           We ask the following question when you look at the

15  verdict form:  If you find that each particular plaintiff

16  proved their case by a preponderance of the evidence, and I ask

17  that what you do on that form is you check no.  Game over.

18           But don't do it because I'm telling you, because then

19  I would be cheating the system.  Do it because it's what you

20  believe.  Do it because that's what the evidence shows.  I

21  guarantee you, if you do that and use your common sense, you

22  will render a verdict finding my clients not liable.

23           Ladies and gentlemen of the jury, thank you for your

24  time.

25           THE COURT:  Thank you.

1          Mr. Zidell now has 15 minutes for rebuttal.

2          Does anybody need a break?  We'll take a brief recess,

3    and we'll return for the rebuttal closing.

4          [The jury leaves the courtroom at 11:35 p.m.]

5          THE COURT:  I hate to take a break right before the

6    rebuttal closing, but one of the jurors really needed one.  I'm

7    not going to make somebody squirm in their seat.

8          We put the lunch menus back there.  They can fill them

9    out, and we can order lunch.  I told my Courtroom Deputy that

10   they need to do that quickly.  If they can't finish it, we will

11   bring them back.

12         Is there anything we need to discuss before we go to

13   rebuttal closing?

14         MR. ZIDELL:  Not from the plaintiff, Your Honor.

15         MR. ESPINOSA:  Not from the defendant.

16         THE COURT:  Please use this time, Mr. Zidell, to get

17   set up for whatever you need to do to give your rebuttal so

18   we're not waiting after the jury comes in to do it.

19         MR. ZIDELL:  Okay.

20         THE COURT:  Thank you.

21         [There was a short recess].

22         THE COURT:  Please be seated.

23         I intend to go right into jury instructions after your

24   rebuttal closing argument.  After Mr. Zidell finishes, I will

25   just ask if either side needs a side-bar, and that would be for

1    the purpose of if there's anything that you need to bring up

2    before I instruct the jury.

3            Other than that, I will have my Courtroom Deputy hand

4    an instruction packet to each juror after Mr. Zidell finishes

5    his argument.

6            I believe that both sides should have a copy of the

7    final instructions and verdict form package, which, except for

8    a couple of typos in it, is the same as the package that was

9    given to you last night.

10           Is there any objection to that procedure, Mr. Zidell?

11           MR. ZIDELL:  No.

12           MR. ESPINOSA:  No, Your Honor.

13           THE COURT:  If you will bring the jury in, I will then

14   recognize Mr. Zidell for the purpose of his 15-minute rebuttal

15   closing argument.

16           MR. ZIDELL:  Thank you for reminding me of the time.

17           THE COURT:  Do you want a warning?

18           MR. ZIDELL:  No.

19           THE COURT:  Please bring in the jury.

20           [Jury returns to the courtroom at 12:05 p.m.]

21           THE COURT:  Good afternoon.  Please be seated.

22           I will now recognize Mr. Zidell for the purpose of his

23   rebuttal closing argument.

24               PLAINTIFF'S REBUTTAL CLOSING ARGUMENT

25           MR. ZIDELL:  Okay, we're at the home stretch.  There

1    are two instructions of law that we didn't go over yet.

2           First of all, you've got a joint employer.  You're

3    going to have to determine whether M.I. Quality and Mitchell's

4    Lawn were joint employers of all of the plaintiffs.  You're

5    going to hear instructions on that.

6           It's our position that both are joint employers

7    because M.I. Quality was established just to get insurance for

8    the six employees that were full-time employees, including

9    Louisa Ginsberg, Kelly Phillips, and Edel Leon, while the

10   others worked for Mitchell's, but they were both operated out

11   of the same office and economically dependent upon one another.

12          You'll see the Judge's instructions.  That makes them

13   joint employers of all the plaintiffs.

14          The other jury instruction that I wanted to read to

15   you was the following:

16          "You must not let your decision be influenced in any

17   way by sympathy or by prejudice for or against anyone."

18          Now, I have made notes of what Mr. Espinosa said

19   during his closing argument, and I believe it reflects the

20   defense strategy throughout this ten-day trial.

21          He told you that Edel Leon was especially rude to

22   women.  He said that he called Anita Aviles a word that is the

23   same as using the N word or the S word for Spanish people or

24   for African Americans.

25          Think about that, ladies and gentlemen.  Why is he

1  telling you that?  It's to prejudice you against the

2  plaintiffs.  Mr. Edel Leon never said that.

3       When Mitchell was asked what was the main reason why

4  he fired Edel Leon, he told you it was insults to his mother.

5  Remember that?  He never said anything about Anita Aviles

6  whatsoever or anything that Edel called or did not call her.

7  Please don't be prejudiced against the plaintiffs by what

8  Mr. Espinosa said.

9       He also started calling jurors by names and by

10  profession.  What is that to do?  Those are trigger words,

11  trying to get you to sympathize with his cause, which is

12  improper.  It's to get you to be prejudiced against the

13  plaintiffs.  Please don't do that.

14       He also said, "Where are the plaintiffs' records?

15  They could have gone out and gotten copies of the bank

16  records."  We already said that the law is the employer has to

17  keep the records.  It's not the plaintiffs' burden to do that.

18  Once again, something to prejudice you against the plaintiffs.

19       He told you that he admits that his client has done

20  wrong, but that's in the past, and we're in the present.

21  Remember that that lawsuit concerns 2006 through 2009.  That is

22  in the past.

23       He told you that Mitchell did wrong.  He told you that

24  he was skimming everybody off of their wages.  He told you that

25  he was paying people in cash.  There were tax issues that he

1    was trying to avoid.  Please don't be prejudiced.

2          He says that Kelly and Edel want to bring Mitchell

3    down.  How do they want to bring him down?  Did you ever think

4    about that for a second?

5          Well, look at these exhibits that have been given to

6    you.  These are Exhibits 12, 13, 14.  This was written to us on

7    the day before Javier Gonzalez -- you can look at our artwork,

8    or at least what's left of it after their scribbles.

9          Javier is fired on the 14th of September 2009.  We get

10   a letter from the defense attorney, at that time Mr. Ullman, on

11   9/13/09.  That's in evidence as our Exhibit 13.

12         Mr. Ullman tells us, on September the 13th

13   [unintelligible] yours of September 1st and 7th.  You will be

14   able to see our letters to him on September 1st and 7th asking

15   for Mr. Javier Gonzalez to join the lawsuit.

16         We ask whether the three defendants consent to joinder

17   our 14 plaintiffs in this lawsuit; Javier Gonzalez, Carlos Diaz

18   Guerrero, Frank Diaz Guerrero, Antonio Gutierrez, Andres

19   Guzman, Marcelino Mateo Marcos, Nordaline Malo [phonetic],

20   Reinaldo Leiva, Danilo Palacios, Mateo Pop, Domingo Rodriguez,

21   Pedro Rosas, Jose Torres, Gilberto Rodriguez Vazquez.

22         He says, "Please be advised that we do not consent to

23   any of these people joining the lawsuit."

24         The next day, Javier returns to work, boom, and he's

25   fired.  What more likely than not happened?  Javier wanted to

1   join the lawsuit and was fired, just like Edel.  Two days

2   before he's fired, he joins the lawsuit.

3         You know, there's a lyric to an old song of the 1970s.

4   It may predate most of you, but it went something like,

5   "Thunder only happens when it's raining."  I believe that

6   Fleetwood Mac wrote that song.

7         When thunder happens, boom, and the glass breaks,

8   there's an immediate connection between the two.  You can think

9   that the glass fell off the table because of the thunder and

10  lightening when it happens immediately.

11        When you're talking about long-term employees, 13

12  years and nine years, nothing ever happened until they filed

13  that lawsuit and boom, the thunder happened and the glass

14  broke.  That is beyond a reasonable doubt, even though we don't

15  have to meet that standard.

16        Anything that he told you to the contrary, please

17  realize, don't let that overcome your common sense, what

18  happened at this, looking at what more likely happened than

19  not.

20        Now, Mr. Espinosa proposes a very scary theory.  His

21  position in this case is that a long-term employee can be fired

22  without any written warnings, without any documentation

23  whatsoever.  That's really what he's telling you.

24        He's telling you that even though they have nothing in

25  writing -- and by the way, Anita Aviles, the one that he claims

1   is their key witness that drove in 1,000 miles with her kids to

2   testify, you know what, she's the one that said that she

3   implemented the procedure of starting to document things that

4   happened with employees in the employee files.

5          If that happened and she took over Kelly's place at

6   the beginning of August of '09, where are the written warnings?

7   Where is there anything that says that Edel Leon called anybody

8   any names?

9          MR. ESPINOSA:  Your Honor, objection as to at-will

10  employment.

11         THE COURT:  The jury will rely on my instructions

12  regarding the law.

13         You can continue, Mr. Zidell.

14         MR. ZIDELL:  Where is anything written or documented

15  for either of these gentlemen?  Tell me.  That's their key

16  witness that implemented that policy, Anita Aviles?

17         Anita Aviles, who said that Mitchell fired Edel

18  because he called her [Spanish].  Why didn't Mitchell say that

19  when he was asked?  He said it was because of his mother, the

20  insults to his mother, the same mother that he used to tell

21  Kelly all the time was going to ruin his business and he wanted

22  her out.

23         So you think about what was a substantial motivating

24  cause.  Not the only cause, but what was a substantial

25  motivating cause, and it was the lawsuit that these two

1   gentlemen filed.

2          Now, at the end of the day, Mr. Espinosa has made a

3   big deal about damages saying look at all of that money that

4   they're claiming for Edel Leon.  You know what, you are the

5   judges of the facts.  If you find that it's too much, you give

6   him less.  If you find that it's not enough, you give him more.

7          We are suggesting that amount because, based on a

8   13-year employment, we think that it's rather significant that

9   a fellow who was planning the rest of his life to work at this

10  company lost his job more likely in not just because he engaged

11  in protected activity.  I think that that is a significant

12  event for somebody to experience.

13         You don't even have to know Edel Leon.  You can use

14  your common sense to realize how a normal person would react to

15  that event.

16         The same thing for Javier Gonzalez.  Nine years of

17  uninterrupted work and boom, he joins the case, and he's fired

18  the next day.  I mean, come on.  What happened more likely than

19  not?  That is what we are asking you in this case.

20         As far as Mr. Luis Solarzano, they tell you he never

21  worked more than 40 hours a week, but they don't even tell you

22  about their own supervisor, Esteban del Sol.  Read your notes

23  about that guy.

24         He was the supervisor that told you everybody left at

25  6:45 in the morning and came back at 6:00 or 7:00 at night,

1   five days a week or six days a week.  Add up those hours, and

2   you'll see that that's way more than the 48 hours a week that

3   Mr. Solarzano claims.

4        What happened to him?  He still works for them, and

5   their own attorneys brought out the fact that he's been

6   convicted of a felony.  Impeaching their own supervisor?  That

7   is shameful.

8        That's why I told you shame is the only thing that I

9   can use to describe Mitchell Igelko.  He is a shameful person

10  who runs a shameful business.  He has developed a multi-million

11  dollar business by taking wages from his employees.  That's not

12  right.  That's what we're asking you to make right.  We thank

13  you for your time.  Do the right thing.

14                        **********

15

16                  C E R T I F I C A T E

17        I hereby certify that the foregoing is an accurate

18  transcription of proceedings in the above-entitled matter.

19

20                        /S/ ROBIN MARIE DISPENZIERI

    _____    _____
21     DATE           ROBIN MARIE DISPENZIERI, RPR
                       Official Federal Court Reporter
22                     United States District Court
                       Wilkie D. Ferguson Federal Courthouse
23                     400 N. Miami Avenue, Ste. 8S67
                       Miami, FL  33128 - 305.523.5659
24                     Email:  Rdispenzieri@gmail.com

25

**A**

**ability** 32:11
**able** 4:4 12:5,16,17 29:18 47:19 62:14
**about** 4:14,17 6:8 7:3,12 12:1,7,9,10
14:16 20:16 21:13,20 22:16 23:20
24:8 25:11 27:13 29:19 32:12 33:5
37:22,22 38:1,1 40:12 41:16 43:15
44:1,10 47:16 50:1 60:25 61:5 62:4
63:11 64:23 65:3,22,23
**above-entitled** 66:18
**absolute** 26:11
**AC** 32:1
**accept** 31:7
**accepts** 5:3
**accident** 20:22
**accomplish** 3:19
**according** 15:1
**account** 49:1,10,11,13 50:14
**accountant** 26:23 27:11 56:2
**accounts** 37:8,12 46:11
**accurate** 31:8 66:17
**accurately** 12:12 45:21
**accuses** 22:12
**act** 5:8 8:6,11,13 16:7
**activity** 3:13 16:9 65:11
**actual** 42:16
**actually** 33:11 35:19 38:19
**add** 23:23 25:4 56:3 66:1
**addition** 15:9 24:4
**additional** 48:12
**admit** 46:21
**admits** 30:16 34:16 49:12,12 61:19
**admitted** 32:10 33:6 40:19,23 46:7
**Adriana** 7:7 30:10 38:4,15 39:1 47:7
51:25
**advance** 29:12 38:14
**advancements** 27:16
**advances** 46:17
**advantage** 4:20
**advice** 35:12
**advise** 50:9
**advised** 62:22
**African** 60:24
**after** 7:11,12 15:11 18:12 19:9 23:20
33:20 46:16 54:17 58:18,23,24 59:4
62:8
**afternoon** 59:21
**afterwards** 22:18
**again** 19:21 24:19 25:13,24 26:1 61:18
**against** 15:19 22:18 27:19 33:22 41:6
41:8 43:6 51:24 53:6 55:20 60:17
61:1,7,12,18
**ago** 28:16
**agree** 4:2 19:4,8
**agreed** 5:18
**agreement** 5:5,5,20 40:23
**Ah** 9:14 53:17
**ahead** 45:4
**ALBERTO** 1:21
**allegedly** 36:1
**allowed** 11:23 13:25 14:21
**almost** 7:19
**along** 48:7
**already** 17:2 24:6 35:18 38:6 61:16
**always** 9:16 12:5 13:24 20:23 28:8
34:19 41:2,2,18,20 45:2
**Americans** 60:24
**amount** 8:17 13:11,17 14:17 20:7
23:18 26:8 42:10,24 43:4,9,23 44:6
52:9 65:7
**ANDREA** 1:13
**Andres** 62:18
**anguish** 20:23 21:10 33:15 44:23,24
44:24 45:2,7
**Anita** 18:7 31:24 35:24 36:8,16,21,22
38:4,7 39:2,3 40:21,23 46:19,24
56:9,17 60:22 61:5 63:25 64:16,17
**another** 3:18 11:15,21 14:15 15:7 16:8
19:22 26:2 54:3 60:11
**answer** 5:6 17:4,8 32:13,14 50:10,18
**anticipate** 3:10
**anticipated** 3:6
**Antonio** 62:18
**anybody** 20:15 28:13 32:25 41:9
51:23,23 56:21 58:2 64:7
**anyone** 60:17
**anything** 11:3 17:10 19:24 21:13 52:1

**B**

**back** 8:15,18 18:6,13 20:2 21:6 24:1,7
24:16,17 27:6 28:1,6 31:14 33:15
36:4,17 38:16 41:17 43:21 47:19
48:3,3,5 52:9 56:24 57:8 58:8,11
65:25
**backwards** 7:17
**bad** 35:11
**bags** 9:8
**balance** 12:4
**bank** 6:18 42:12,12,13 46:4,5,11,11
48:24 53:11 61:15
**bare** 6:5
**based** 15:23,25 21:24 30:22 33:11
34:14 35:12 43:2 47:20 65:7
**basic** 43:21
**Basulto** 7:22 8:24
**Basulto's** 34:12
**Beach** 1:18
**bearing** 55:25
**became** 38:4,8 56:17
**become** 42:7 53:4,5
**before** 1:13 3:21 6:1 8:10 10:15,18
18:11,21 24:3 37:1 38:1,18 41:15
51:23,23 56:2 58:5,12 59:2 62:7
63:2
**begging** 38:8 46:16
**beginning** 64:6
**behalf** 3:4 28:24
**behavior** 27:24
**behind** 10:21 48:23 54:13

**C**

**C** 66:16,16
**calculate** 43:21 47:19
**calculated** 33:11 52:9
**calculates** 44:8
**calculation** 4:11
**call** 7:8 39:3 42:13 53:12 61:6
**called** 9:24 10:24 18:7 26:23 39:6
55:14,25 56:9,10 60:22 61:6 64:7
64:18
**calling** 39:11,12 61:9
**calls** 39:2,2,6,10
**came** 8:16 26:24 32:3,5 34:3 36:17
42:9 52:10 56:4,15 65:25
**camel's** 18:6,13 20:2
**camera** 9:11,14,16,19
**cameras** 9:24 44:25 45:1
**cancelled** 46:7 51:5
**car** 32:1
**cards** 34:19 51:10,11,13,15,15
**careers** 21:8
**carefully** 43:9 48:8
**Carlos** 29:5 62:17
**carried** 13:7 42:19
**case** 1:3 3:10,11,23 6:8,12,20 7:10
10:24 11:2,19 12:15 14:3,5,20 15:5
15:18 16:19 18:19 20:3 22:14 23:13
28:3,4 29:8,23,24 30:21 31:22,24
32:2 54:3 55:22,24 56:1 57:16
63:21 65:17,19

**behold** 10:6
**being** 18:23 19:17 22:22 27:9 36:1
40:19 41:15 44:25 49:9
**believe** 5:25 12:2 26:24 31:8,12,15,15
32:24 35:1 36:13 39:14,25 42:3
44:14 46:15 48:13 54:15,15,19
55:13,21 57:20 59:6 60:19 63:5
**believes** 36:16,18
**benefit** 33:10 50:25 55:9
**benefits** 23:23 24:2
**best** 7:4 47:16
**better** 8:18 27:3
**between** 18:12 23:8,24 24:3 27:11
63:8
**beyond** 11:3 16:19 20:4 27:25 63:14
**big** 4:14 37:7 45:9 65:3
**bills** 36:5
**binding** 5:5
**Biscayne** 1:23
**bit** 9:10 34:4 35:6 40:22
**bite** 27:6
**blames** 11:16
**bled** 40:10,10
**blow** 41:8,9
**board** 36:24
**bookkeeper** 6:13 9:1,7
**boom** 19:9 35:17 62:24 63:7,13 65:17
**borderline** 53:23
**both** 8:8 17:15 30:10 54:22 59:6 60:6
60:10
**Boulevard** 1:23
**brains** 17:8 48:23 55:10,12,13,16
**break** 28:19 44:4 47:14 51:8 58:2,5
**breaks** 63:7
**breasts** 38:15
**brief** 58:2
**briefly** 26:21
**bring** 32:20 33:2,3,13 36:19 38:11
40:11 46:1 53:9 54:7,8,9 58:11 59:1
59:13,19 62:2,3
**bringing** 46:9 55:20
**brings** 54:9
**broke** 18:6,13 20:2 63:14
**broken** 9:14,20,25 47:5,8
**brought** 9:15 15:19 18:7 22:17 32:21
33:23 36:20 46:12 53:21 66:5
**buddy** 21:16
**bunch** 55:25
**burden** 13:7,16 30:1 42:20 43:3 61:17
**business** 4:21 5:25 6:3,7,16 7:3,17 8:5
9:18 10:9 12:16 14:25 15:1 22:2,3
22:22 39:21 40:9,9 49:2 53:11
64:21 66:10,11
**businessman** 57:2
**buy** 51:9
**buying** 53:11

**cases** 20:4
**case-in-chief** 55:23
**cash** 6:16,19 8:3 25:18 27:1,2,2,2,4
33:19,20 34:1,4,17 35:7,10 39:10
40:20 41:16,18,19,19 61:25
**cashed** 19:19 36:19,20
**caught** 38:21,23 51:22 52:17 53:22,22
**cause** 18:5 20:1 61:11 64:24,24,25
**caused** 18:13,17 20:22
**certain** 20:7,18 33:6 48:3,4,9
**certainly** 12:25 27:18
**certify** 66:17
**chance** 20:14
**changed** 6:24 7:23
**characteristics** 57:5
**cheating** 57:19
**check** 7:8 19:18 25:18 33:19,20 34:1
34:17 35:17,23,25 36:7,10,12,18,19
40:20 41:7,15 45:25 46:1,7 57:17
**checks** 7:5 12:11 42:14 46:10 48:20
49:8 50:13 51:6
**checkup** 36:21
**choice** 7:25
**chooses** 47:3
**civil** 50:23
**claim** 11:24 13:3 15:7,7,19 16:1,10
22:5 23:2,11,14,17 24:1,16,18,20
25:14,22 34:12,25 38:12 46:2,2
52:22 55:13,20
**claimed** 16:7 20:23 24:21 26:8 48:12
48:14
**claiming** 11:22 12:7 14:20 22:18 23:1
23:5,10,18 24:7,24 25:8,21,24 26:5
30:8,8,9 33:14 43:24 44:6,7,22,23
44:23,24 45:8 50:21 51:16 65:4
**claims** 10:12 14:18 15:9,9 22:25 30:3
30:4,5 34:11,13,13 46:10 54:6
63:25 66:3
**clear** 16:21 44:13
**clearly** 32:14
**client** 35:11 39:20 40:8,13 45:10 49:22
50:21 56:20 57:11 61:19
**clients** 28:24 30:25 57:22
**close** 6:18
**closing** 1:12 3:2 28:22 58:3,6,13,24
59:15,23,24 60:19
**coincidence** 53:20
**color** 44:3
**colored** 39:12
**combination** 46:20,23
**combined** 25:9
**come** 3:22,24 13:14,16,21,22,23 26:23
27:7 32:21,23,25 35:14 43:4 44:25
52:7 53:5,18 54:13 65:18
**comes** 4:23 6:6 10:15 18:21 21:14
23:16 26:9 58:18
**comfortable** 54:18
**coming** 27:6 28:14 49:8,20 54:4
**comment** 3:8
**comments** 46:17
**commerce** 3:14
**common** 18:15 21:5 32:6,6 39:14
57:21 63:17 65:14
**company** 4:15 9:5 11:24 21:8 30:16
37:6 65:10
**compare** 28:8
**compensate** 22:16
**compensated** 13:9 42:22
**compensation** 5:7
**complained** 50:1
**complains** 21:13
**complaint** 7:19 15:12 16:9,16,22
21:14
**complaints** 18:14
**completely** 6:10
**comptroller** 46:24,24 47:4 56:18
**computers** 49:22
**concerns** 61:21
**concoct** 8:3
**conduct** 22:2
**confronted** 37:14,17,18 46:23
**conjuring** 38:6 53:9
**connection** 63:8
**consent** 62:16,22
**consider** 12:13 31:6
**considering** 31:5
**conspiracy** 50:12
**conspire** 50:19

58:12 59:1 61:5,6 63:16 64:7,14
**anyway** 41:11
**apologize** 29:12,15,21
**appear** 11:7,8 32:13 39:5
**APPEARANCES** 1:15
**apply** 4:4
**approached** 40:21
**approximate** 14:12
**approximately** 12:8 30:8,9
**approximation** 14:12
**area** 42:15
**arguably** 32:9
**argument** 3:2 28:22 58:24 59:5,15,23
59:24 60:19
**arguments** 1:12
**arithmetic** 25:15
**Army** 20:19
**around** 6:5 30:19
**artwork** 62:7
**aside** 4:4
**asked** 9:12,19,21 10:16 16:25 20:10,14
20:18 34:3 37:19 40:21 50:7 56:6,8
57:4 61:3 64:19
**asking** 4:6,7 5:21 18:19 20:7,17 22:20
22:24 62:14 65:19 66:12
**assert** 16:1
**asserting** 34:25
**assertion** 18:17 20:5
**assessing** 10:24 28:1
**astronomical** 33:16
**ate** 52:13 55:2
**attempts** 46:17
**attention** 4:22 14:23 15:4 16:12
**attorney** 15:15 17:24 19:3 33:18 35:4
35:16 62:10
**attorneys** 6:22 29:14 66:5
**attorney's** 19:8
**at-will** 64:9
**August** 6:25 7:12 9:21 15:10 18:1 23:2
23:3 25:3 26:1 37:24 52:19,21,23
64:6
**auto** 20:21
**Avenue** 2:3 66:23
**average** 23:6 24:9 25:19 26:7 33:9
47:19 48:10 52:9,9
**Aviles** 18:7 31:25 35:24 36:8 38:4 39:2
39:4 40:21 46:24 56:9 60:22 61:5
63:25 64:16,17
**Aviles's** 38:8
**avoid** 62:1
**award** 14:5,11,12 20:7 22:20,24
**awarded** 20:11
**away** 15:22 22:7
**awesome** 55:5
**A.M** 1:10

July 17, 2012

conspired 22:19 40:10
constantly 9:17
construed 42:15
consultant 56:7
context 4:13
continue 64:13
continued 23:25
continuously 38:20
contract 5:8
contrary 63:16
control 38:8 44:18
convenient 42:14
convicted 66:6
convince 53:2
cookie 51:22
copied 16:25
copies 32:19 61:15
copious 29:2
copy 59:6
Corp 28:25 49:9,20 50:13 57:13
corporate 7:21
correct 29:4 34:7
correspond 45:21,24
corresponding 24:24 26:4
costs 27:10,16
counsel 5:23 29:19 34:7,21 35:5,12
  40:6 57:4
country 36:4 41:2 45:12,13
couple 47:12 59:8
course 39:9 41:6 42:1
court 1:1 2:2,2 8:15,17,20 13:12 14:9
  25:10 28:18 32:21 40:6 50:23 52:8
  57:4,25 58:5,16,20,22 59:13,17,19
  59:21 64:11 66:21,22
courthouse 45:1 66:22
courtroom 32:10 58:4,9 59:3,20
cover 27:3
crazy 18:23
create 15:3
created 14:22 15:2 16:25
credibility 31:3,5 36:22 39:4 44:8
  45:18 52:6 56:11,12
credible 33:1
criminal 3:13 11:2
cross 12:12
cross-examination 30:15 41:5,21 44:1
cross-examined 30:16 33:24
Crouch 26:23 56:2,15
crucial 36:25
Cruz 37:20 48:25 49:3,11,12 50:4,5,7
  50:8,11,11
cute 38:16
cuts 22:10
cutter 25:23

**D**

D 66:22
daily 47:22
damages 14:5,11,12 20:22 24:5,7 65:3
DANIEL 1:17,21
DanielFeld.Esq@Gmail.com 1:19
Danilo 62:20
Danny 7:22 8:24 34:12
Darn 41:11
date 17:20 23:19,19 66:21
dated 19:2
dates 52:18
dating 52:15
day 1:14 4:1 9:8 11:4 15:11 17:1 18:24
  19:9 20:13 29:7 37:23 39:16 45:1
  46:6 47:1 51:24 54:13 62:7,24 65:2
  65:18
days 3:16 4:12 7:11,12 15:5 17:2,11
  18:1 29:7 54:25 55:24 63:1 66:1,1
  le 37:20 48:25 49:3,11,12 50:3,5,6,8
  50:11,11
deal 45:9 65:3
dealing 3:13 4:19 22:14
December 10:19 19:3 26:1
decent 40:17
decide 12:21 31:8,10 34:14
decided 8:17,20 10:9 13:12 45:15
decides 53:18
deciding 31:15
decision 16:18 31:11 60:16
decision-maker 17:14
deduct 14:17

deducted 35:17 36:2 54:23
deductions 56:20
deer 9:6
defend 52:5
defendant 30:2 58:15
defendants 1:11,20 16:23 18:25 62:16
DEFENDANT'S 28:22
defending 52:3
defense 5:23 11:10,12,13 19:7 41:22
  60:20 62:10
defenseless 53:23
definitely 60:11
defraud 4:14
del 52:24 65:22
deliberating 28:1
demeanor 21:11
dependent 60:11
deposit 50:14
deposited 49:10
deposition 33:23
Deputy 58:9 59:3
derogatory 18:8
Derrick 40:2,4
describe 66:9
desperate 11:10
Despinosa@ejtrial.com 1:24
detective 37:15
determination 26:15 30:21 43:13
  56:13
determine 33:1 54:1,4 60:3
determined 54:2
developed 66:10
Diaz 56:4 62:17,18
differ 32:15
difference 16:17 22:9 23:8 37:7
different 6:11 22:5,7 35:6 36:15 38:3
  46:6 50:6 51:10
differential 23:24 24:3
direct 30:18 33:18 47:13
directly 32:14
disbelieve 31:12
discharge 16:11
discover 49:5
discrimination 15:18,23,25 16:18
  20:20
discriminatory 22:23
discuss 29:20 36:17 58:12
dismiss 16:4
DISPENZIERI 2:1 66:20,21
disprove 30:3 46:2
disproved 30:5
disproving 46:10
dispute 37:25
disputing 16:23
disregard 53:7
disrespectful 44:20
distract 15:4 29:18,25
distraction 56:1
District 1:1,1 2:2 66:22
divert 14:23
DIVISION 1:2
document 42:11 64:3
documentary 31:2
documentation 18:2 35:13 43:2 63:22
documented 64:14
documents 8:16,18 9:4,8 10:2,5,7
  11:6 31:2 32:23 46:4 51:17,19 54:6
doing 7:16,17 17:13 27:12 28:10 29:6
  35:5 39:23 49:1
dollar 4:21 6:3,7 12:15 15:1 66:11
dollars 6:23 9:4 37:10,11,12 40:5
Domingo 62:20
Donald 47:1
done 14:22 34:8 41:4 61:19
doubt 11:3 16:20 20:4,5 33:10 63:14
down 21:14 53:10,15 62:3,3
drafting 40:23
drawn 13:19 43:6
drive 39:15
drove 31:25 64:1
drug 3:12
dry 40:10,10
dunk 54:8
during 8:7 60:19

**E**

E 66:16,16

each 31:9,10 49:7 57:15 59:4
earlier 48:18
early 10:17
earnings 8:12
easily 32:21
easy 49:21
eat 30:13 49:8 52:11,14
economically 60:1
economy 36:5
Edel 1:5 4:18 5:13 6:24 7:12 9:22
  10:21 11:20,22 12:9 13:23,24 15:10
  17:16,21,23,25 18:7 20:11 22:17
  23:1 28:8 32:3,9 34:15 37:25 38:7
  44:10,10,22 45:15 47:6,11 49:6
  50:12,19 51:21 52:11,13,19,20 53:1
  53:20 54:2 60:9,21 61:2,4,6 62:2
  63:1 64:7,17 65:4,13
Edel's 45:20 48:5,6
eight 24:5 25:20 26:7,8 29:5 40:20
either 7:25 35:13 46:25 47:9 58:25
  64:15
elaborate 9:11
Elsa 6:18 7:6 10:8,12,15 12:19 36:21
  38:4 39:3 42:8 46:19 48:4 51:9,12
  54:22
else's 34:11
Email 1:19,24 2:4 66:24
embarrassing 44:20
embezzle 50:13,20
embezzled 54:2
embezzlement 14:16 15:2
emotional 24:4,6 47:8
employee 4:15,23 5:4,9 6:20 7:9,20
  8:8,16,20,21 11:15 13:7,9,10,14
  14:7 15:19 16:4,16 18:3,13 19:22
  19:23 22:8,10 30:11 33:9 38:5
  42:18,19,20,21,24 49:24 63:21 64:4
employees 6:17 8:13 9:16 10:10 12:17
  17:5,19,19,19 21:6 27:13,20,23
  28:5 30:17 35:7 42:4 60:8,8 63:11
  64:4 66:11
employee's 5:7 8:14 13:19 43:7
employer 4:24,24 8:8,19,20 13:16
  14:9 15:21,22 16:4,5,15 21:15 22:7
  22:10 43:3 54:12 60:2 61:16
employers 8:11,25 14:13 60:4,6,13
employer's 11:18 12:23 16:18 42:18
employment 17:15 24:20 25:17 37:23
  47:18 48:19 64:10 65:8
encourage 53:3
end 7:12 10:8,12,16 12:19 65:2
engaged 37:13 65:10
engine 40:4
enjoy 56:25
enough 4:9 7:11 52:7 53:14,25 65:6
entertainment 3:25
entire 32:2
entirely 53:24
entirety 55:11
entitled 6:14 22:2,10 52:5
entries 27:1
epiphany 45:5
especially 44:20 60:21
Espinosa 1:21 28:20,23 34:24 40:8
  51:6 57:6 58:15 59:12 60:18 61:8
  63:20 64:9 65:2
Espinosa/Jomarron 1:22
ESQ 1:16,17,21,21,22
established 60:7
Esteban 52:24 65:22
etiquette 56:7
even 5:12,13,18 10:15 12:6 14:11,21
  16:19,20,23 18:9 20:3 32:22 33:7
  38:18,24 41:18 43:3 44:3 48:15
  51:5 55:2,2 63:14,24 65:13,21
event 57:8 65:12,15
ever 4:3 7:4 19:24 47:24,25 52:1 62:3
  63:12
every 6:18 29:7 31:1 32:19 43:18,23
  45:1
everybody 20:14,14 39:13 44:19
  56:18 61:24 65:24
everybody's 8:2 51:1,2
everyone 35:16
everything 7:3,16,18 9:8 10:16,18,22
  34:6 37:1,4,5 44:5 45:16,17
evidence 9:11 10:25 13:10,17,18,19
  14:10,16 18:21 19:2 20:24 21:24

26:21 29:2 30:22,23,24,25 31:2,7,7
  32:16 35:3,24 42:24 43:4,5,7,9,10
  46:15 48:7 51:18,18 54:5,16,18
  56:15,22,25 57:10,11,16,20 62:11
exactly 14:8
examines 44:5
except 59:7
exceptions 16:3
EXCERPT 1:10,12
exciting 3:18
excuse 33:13 35:5 41:25 45:20 51:2,2
  51:4
excuses 33:15
exhaust 44:12
exhibit 39:19 62:11
exhibits 62:5,6
exist 6:9
expect 32:24
experience 48:24 65:12
explosive 35:20
extent 12:25 13:11 20:25 42:25
extra 24:25
extraordinary 42:10 43:22
extremely 32:17
eyes 9:7

**F**

F 66:16
fabricate 27:19
fabricated 51:7
fabricates 9:2
fabrication 51:7,17 52:16
facade 6:8
faced 8:15
fact 9:17 12:18 13:8 16:7,15 32:1 33:5
  34:7 36:16 40:16 42:20 44:7 52:15
  66:5
factor 16:10,13,14,17 44:15,16
facts 29:10 30:21 65:5
fails 14:9
failure 40:13
fair 5:7 8:11 54:19
fairly 22:16
fall 39:14 45:10
fantastic 55:6
far 65:20
fault 10:3,3,4 11:16,16
faxed 32:19 33:2
February 10:18 25:1,2 48:13
Federal 2:2 66:21,22
feel 16:1 54:18 56:9
feelings 17:5
FELD 1:17
fell 63:9
fellow 65:9
female 66:6
felt 28:10
Ferguson 66:22
few 31:4,16
Fifth 50:6,7,9,16
figure 14:6 21:5 22:17
figures 25:4
file 18:19 23:23 38:11
filed 15:11 16:22 19:24 37:16 44:15
  51:23 52:19,20 63:12 65:1
files 21:13 42:4 52:23 53:13,16 64:4
filing 16:9 55:13
fill 58:8
films 9:12,19,21,25
final 59:7
finality 50:24
finally 34:16
Financial 49:11 50:14
find 18:19 26:17,18 28:7 42:23 43:1
  57:15 65:5,6
finding 57:22
finish 29:8 58:10
finished 17:7
finishes 58:24 59:4
fire 15:22 16:5,6
fired 9:22 15:10,13,16 16:21 18:2,4,14
  18:17 19:10,25 22:22 23:19,21 24:1
  24:7 33:21 35:19,21 37:25 38:9,11
  41:14 44:13,17 46:16,16,22 47:2
  51:23 61:4 62:9,25 63:1,2,21 64:17
  65:17
fires 19:15

**firing** 16:16
**firm** 38:10
**first** 3:8 4:1 7:22 11:3 17:1 20:13 25:5
33:19 37:16 49:13 52:21 53:20 60:2
**five** 15:5 24:25 25:5 28:9 31:23 44:3
46:17 66:1
**five-hour** 13:22
**FL** 1:18,23 2:3 66:23
**flat** 5:1
**Fleetwood** 63:6
**FLORIDA** 1:1,9
**foggy** 49:13
**folks** 34:20 46:20 49:24 53:14 55:22
**follow** 5:21 22:1 26:13
**following** 8:10 57:14 60:15
**forbid** 15:23
**foregoing** 66:17
**forget** 20:16 52:2
**form** 54:20 57:15,17 59:7
**forms** 20:10
**fortunately** 52:5
**forward** 43:4
**forwards** 7:17
**found** 24:8 35:25
**four** 15:5 23:10,11 28:9 31:25 32:4
39:15 46:17
**Frank** 62:18
**frankly** 44:19
**free** 16:1
**Friday** 19:19 36:7
**frivolous** 55:13,20
**from** 8:4 9:4 10:12,17 14:17 15:4,14
17:14 21:11 22:6,7 23:2,19 24:7,20
25:1,2,25 26:1 28:4 32:4,16 34:2
35:24 37:6 38:3 39:16 42:16 43:15
45:5,6 46:5 48:12 50:13 51:10
53:11 58:14,15 62:10 66:11
**front** 5:2
**full** 56:19
**full-time** 60:8
**funeral** 57:3

## G

**game** 39:9 49:24 57:17
**gasket** 41:8,10
**gather** 38:7 53:14
**gathering** 53:9
**gave** 4:20 50:2
**Gelman** 6:18 38:4 39:3 42:8 51:9
54:22
**gender** 15:24 16:6
**general** 16:3 27:23
**gentleman** 52:24
**gentlemen** 3:3 10:23 16:21 22:23
27:24 28:23 29:10 41:14 42:23
43:20 45:6 48:5,21 51:21 53:25
54:17,17 56:12,13,23 57:23 60:25
64:15 65:1
**gentlemen's** 17:15
**gets** 6:20 19:6 23:21 35:17 36:7 37:1,2
**getting** 41:11 46:3 55:5
**Gilberto** 62:21
**Ginsberg** 1:6 13:1 25:13 30:7,7,12
32:18 33:6,8 34:14 53:16 60:9
**give** 24:2 33:10 44:4 47:14 51:8 58:17
65:5,6
**given** 12:4 19:19 28:15 59:9 62:5
**glad** 50:5 51:17 56:6
**glass** 63:7,9,13
**go** 4:8 12:6 15:7 17:18 18:20 19:14
26:21 28:6 29:14 31:14 42:12 43:20
51:19 56:23 57:8 58:12,23 60:1
**goes** 7:2 19:12 27:25 45:4
**going** 3:10,12,19,20 4:8,10,25 5:1,14
6:18,23 7:2 8:9 9:18 10:10,23,25
14:1,15 15:4 19:1,16 20:6,10 22:16
27:2,3,7 28:8 30:17,21 38:7 41:10
43:20 44:14 45:17 47:12 49:7,7
53:6 54:20 58:7 60:3,5 64:21
**gone** 11:6 24:6 61:15
**Gonzalez** 13:3 15:13 17:17 18:21 19:1
20:11 21:22 22:21 24:6 33:14,24,24
34:3,14,16,22 41:1 62:7,15,17
65:16
**good** 3:3 17:9,19 28:23 32:8 44:7
59:21
**gosh** 7:2

**gotten** 61:15
**government** 41:11
**gradually** 11:6
**grandchildren** 57:1
**great** 38:15
**guarantee** 57:21
**Guerrero** 62:18,18
**guess** 35:22 49:16 51:6
**guilty** 22:13
**Gutierrez** 62:18
**guy** 6:23 7:3,22 19:13 21:12 28:3,4
35:11 38:4 65:23
**guys** 21:21
**Guzman** 62:19

## H

**H** 1:16
**half** 15:11 18:24 23:11,11,14,14 48:12
48:14 54:24 55:1,3
**half-hour** 54:24,25,25 55:1,1,1
**half-time** 23:8,10,11,13 26:5
**hand** 12:12 46:25 59:3
**hands** 28:20 51:22
**handwriting** 12:21 41:24
**handy** 11:25
**hang** 13:23
**hanging** 49:6
**hangs** 48:25
**happen** 18:10,11,11 28:10
**happened** 9:22 11:1,4,8 12:20,22
19:11,21 20:21 21:19,19 26:19 28:2
30:5 35:4 37:15 39:8 62:25 63:12
63:13,18,18 64:4,5 65:18 66:4
**happens** 6:24 34:17 36:7 37:1,14,16
45:5 63:5,7,10
**hard-working** 17:19
**Harry** 37:20 48:25 49:3,5,6,11,12,14
50:3,5,6
**hate** 35:1
**having** 8:23 15:19 27:14 55:12,12,18
**head** 41:12 47:23
**headlights** 9:6
**hear** 29:14,18 60:5
**heard** 3:21 4:3,14,17,19 8:10 21:20
32:3 33:15 34:2 35:24 36:8 37:19
38:3,13 40:15 43:12,12 45:7 48:2
48:16
**hell** 19:14
**help** 34:21
**helping** 7:16
**her** 7:16 9:6,9 10:16,21 11:16,16 12:8
13:7 18:8 24:20,21,23 25:1,14,19
26:24 29:9 30:16 31:13,25 32:4
33:7,7,10,12,12 37:23 39:6,6,10,15
47:18,20 48:1,16,18 49:13,14 50:1
50:2,8 51:1,2,4,15 56:10 61:6 64:1
64:18,22
**herring** 15:3
**herself** 50:2
**Hey** 19:13 38:14
**hide** 54:13
**high** 29:15
**higher** 16:20
**him** 5:18,19 7:5,8,9,16 9:2 11:13 17:5
17:24,24 18:19 19:14,15 21:15,16
22:18 24:2 33:21,22,22 34:3,3
35:21,21 38:21 40:14,24 41:6,19,21
44:5 47:1,9,9 50:8,19,21 52:25 53:2
53:3,15,22 55:14 62:3,14 65:6,6
66:4
**himself** 22:13
**Hispanic** 39:11
**hit** 7:21 9:23
**hits** 7:14
**hobbies** 40:3
**Holy** 44:25
**home** 57:3 59:25
**Honor** 29:16 31:3 50:8 57:7 58:14
59:12 64:9
**HONORABLE** 1:13
**hope** 17:3,3
**hot** 40:11 52:10
**hour** 3:10 4:13 23:5,7,8,9,9,16,21,22
23:24 24:3,3,23 25:6,17,18,18,20,20
26:4,5,6,9 40:17 54:24 55:3,3
**hours** 4:17,17,25 8:2,12,19 11:12 12:5
13:15 14:8 18:1,23,23 22:11 23:6

23:10,11,12,12,14,25 24:9,10,13,25
25:2,6,8,19,20 26:7,7,8 28:9 30:9
35:7 49:40 20,20 42:10 43:23 45:21,21
47:17,19 48:10,12,14,15,17,19,19
52:8,10 54:25 55:1,3,4,24 65:21
66:1,2
**house** 53:1
**houses** 49:7
**How's** 55:17
**humble** 14:24 39:21,21 40:1
**husband** 33:7

## I

**idea** 27:7
**Igelko** 1:19 7:6 29:1 32:20 33:7 34:2,6
34:8 38:4 39:1 46:23 47:3,7 51:25
52:1 53:10 54:22 55:15 57:12 66:9
**Igelko's** 38:14
**III** 1:22
**illegal** 6:16 16:18 17:12 18:18 21:25
35:7,9
**imagination** 3:17
**imagine** 7:13
**immediate** 63:8
**immediately** 63:10
**immigrants** 35:9
**Impeaching** 66:6
**implemented** 64:3,16
**implore** 43:8
**important** 29:11 30:20 31:3,11 32:15
32:17 36:24 37:11 48:22 52:20 55:7
56:13
**impress** 31:17
**improper** 34:9 61:12
**improperly** 13:9 42:21
**inaccurate** 11:18 12:24,25 13:6 14:6
42:19
**inalienable** 5:11
**inappropriate** 29:20
**INC** 1:19
**including** 42:3,4,4 60:8
**income** 14:25
**inconsistent** 52:16
**incriminate** 50:10,18
**independent** 32:1
**Indiana** 32:4 39:16
**indiscriminately** 23:15 24:25
**individuals** 20:18 53:9,10
**infer** 34:9
**inference** 13:12,18 43:1,6,11 55:19
**influenced** 60:16
**initially** 34:1,17 39:20 40:13 47:5
48:11
**injuries** 20:21,25 21:1 22:15
**insomnia** 45:6,7
**instead** 15:5
**instruct** 4:10 8:10 11:17 14:15 31:13
59:2
**instructed** 50:8
**instruction** 31:13 42:17 43:8 59:4
60:14
**instructions** 4:8 5:6 58:23 59:7 60:1,5
60:12 64:11
**instructs** 4:2
**insubordinate** 38:5
**insults** 61:4 64:20
**insurance** 23:22,23 24:2 60:7
**intangible** 21:1 22:15
**intend** 56:21 58:23
**intended** 29:18
**intensive** 3:23
**intentional** 26:22 27:18,24
**intentionally** 26:15 28:4
**Intercontinental** 46:5
**interest** 31:21
**interested** 35:10
**interesting** 16:22 29:22 30:2
**interim** 12:20
**interrupt** 41:1
**interstate** 3:14
**investigated** 37:1,2
**investigator** 37:17,18
**invoke** 50:9
**involved** 50:12
**irrelevant** 35:10
**IRS** 41:6,8,11
**issue** 36:17 40:25 47:5

**issued** 36:18
**issues** 4:12 55:25 61:25
**LD** 35:13
**I.D.s** 35:14

## J

**Jamie** 1:16 29:3
**jar** 51:22
**Javier** 13:3 15:13 17:17 18:21,25 19:6
19:8,10,16 20:11 21:22 22:21 24:6
33:14,24,24 34:2,14,16,22,25 36:7
41:1 53:13 62:7,9,15,17,24,25
65:16
**jealousy** 53:12
**jerk** 55:14,15
**JESMANY** 1:21
**job** 4:24,25 5:3,4 17:10,11 21:15,18
23:20 24:8 29:6 33:1 53:15,18 65:10
**jobs** 20:6
**join** 4:18 15:15 18:22 19:1,9 27:20
53:2,18 62:15 63:1
**joinder** 62:16
**joined** 7:10,12 17:9,25 18:11 21:18,23
**joining** 19:13 37:4 62:23
**joins** 6:25 7:13 17:21,23 18:2 63:2
65:17
**joint** 60:2,4,6,13
**Jomarron** 1:21 30:15 33:23 41:4
**Jose** 35:24 43:14,17 62:21
**Judge** 1:13 4:2,5,9 8:10 11:17 14:15
18:16 19:5 21:1 29:9,19
**judges** 29:7,8,10 30:20 65:5
**Judge's** 60:12
**July** 1:9 6:20
**June** 48:13
**junk** 38:15
**juror** 34:23 59:4
**jurors** 3:9 56:25 57:5 58:6 61:9
**jury** 1:12 3:4 28:11,19,24 29:20 31:14
40:7 42:16,23 48:21 51:21 56:5
57:23 58:4,18,23 59:2,13,19,20
60:14 64:11
**just** 4:21 5:15 6:3,8,23 10:20 13:11
14:24 16:4,12 20:15,16,19 21:17
26:12,19,21 27:20,25 28:3 29:24,25
30:1,19 32:23 33:16 35:2,10,22
36:20 39:21 40:25 42:25 43:2,21
44:25 45:16,18 46:12,14 47:23 50:9
50:17,17 51:17 54:5,16,19,20 55:14
58:25 60:7 63:1 65:10
**J.H** 1:17

## K

**karma** 55:18,21
**keep** 8:12,21,25 14:1,13 32:16 54:12
55:23 61:17
**keeping** 8:6 10:10 11:13 48:4 56:19,19
**Kelly** 1:5 4:15,18 5:13 6:22 7:13,14
8:4 9:3,13 10:1,7,13,16,20 11:6,9
11:16,21 12:7,9,18 13:22,25 18:3
22:6 24:18 26:25 27:1 28:7 34:15
37:1,2,14,23 38:2,6,17,18,22 39:8
42:2 47:4,9,16,17 48:21 49:6 52:12
50:19,25 51:14,21 52:1,11,23 53:1
53:20 54:1,7,8 60:9 62:2 64:7
**Kelly's** 10:3,4,17 48:6,6 64:5
**kept** 10:13
**key** 7:20 43:5 64:1,15
**kick** 53:14
**kids** 31:25 32:5 39:16 64:1
**kind** 4:9
**kitchen** 45:16
**knew** 7:17 8:25 9:12 11:14 34:24 35:3
35:18,20 37:10 48:15
**know** 5:9,15,20 7:23,24 9:24 10:20
11:19,25 14:7 15:10 17:2 21:12
28:11 29:13 32:8 37:20,22,22 38:9
39:23 41:4,13 44:8 45:15 47:15,15
48:4 49:6,17,17,22 50:1,5,20 54:8
55:24 56:5,17 57:8 63:3 64:2 65:4
65:13
**known** 5:10 6:20 8:23
**knows** 7:3 17:23 38:10

## L

**L**

49:2,10,18,19 50:15
**la** 37:20 48:25 49:3,11,12 50:3,5,6,8
  50:11,11
**labor** 3:23 5:8,11 8:11
**lack** 38:16
**ladies** 3:3 10:23 22:22 27:24 28:23
  29:9 41:14 42:23 43:20 45:6 48:4
  48:21 51:21 53:25 54:16,17 56:11
  56:13,23 57:23 60:25
**land** 20:4
**large** 12:2
**last** 3:16 5:25 24:20 26:24 28:15 29:7
  36:19 37:23 47:17 51:2 59:9
**Lastly** 25:22
**late** 13:24
**later** 24:8
**latter** 8:20 25:7 47:18
**laugh** 44:2 47:21
**law** 3:23 4:2,3,5,8 5:6,11,16,21 8:9
  11:11,23 14:1,13,18,21 15:3,16,18
  15:21 20:24 22:1 26:11,13,13,16
  29:9 38:10 42:15 50:22 54:11 60:1
  61:16 64:12
**lawn** 1:9,10 28:25,25 39:19 49:1,9,10
  49:15,18,18,20 50:13 52:25 57:12
  57:12 60:4
**laws** 3:20,21 4:9 5:10,10 15:23,25
**lawsuit** 4:18 6:25 7:13,22 17:21,23,24
  18:2,6,12,22 19:1,9,13,24 21:23
  22:18 27:21 35:2 37:16 38:11 44:15
  45:16 50:22 51:23 52:3,19,21,23
  53:2,4,5,13,16,18 61:21 62:15,17,23
  63:1,2,13 64:25
**lawsuits** 37:4 38:6
**Lawyers** 46:21
**lead** 42:2
**learn** 3:20
**learns** 35:1
**least** 11:7,14 12:25 33:10 40:16 62:8
**leave** 55:8
**leaves** 36:25 37:23 58:4
**leaving** 30:16
**left** 9:8 10:20 39:8 44:16 51:19 52:2
  53:23 62:8 65:24
**legal** 5:5 35:8 48:23
**legally** 20:22
**Leiva** 56:3 62:20
**lent** 33:7
**Leon** 1:5 6:24 11:20 15:10 17:16,21
  20:11 21:8 22:17,20 23:1 32:3,9
  34:15 37:25 38:7 44:10,10,22 45:15
  50:13,19 52:19 53:1 54:2 56:8 60:9
  60:21 61:2,4 64:7 65:4,13
**Leon** 23:21 65:6
**let** 4:23 16:24 18:8 28:20 30:19 34:18
  40:25 42:2,16 45:16 50:3 55:7
  60:16 63:17
**letter** 18:25 62:10
**letters** 19:2 62:14
**let's** 9:7 17:15 18:20 30:7 34:19 39:9
  39:10 40:12 44:10 47:16 49:24
  52:18 53:13,14,17,17
**level** 39:7
**liable** 57:13,22
**lie** 32:5 36:23 39:16
**lied** 32:3
**lien** 41:6,8,12,13
**life** 65:9
**light** 9:6
**lightening** 63:10
**like** 3:14 6:4 9:6,7 11:5 14:24 16:5
  20:19 21:17 27:9 28:10,24 29:12
  32:5 33:12 35:11 36:2 39:10,12
  40:1,3 45:9 50:9 63:1,4
**likely** 10:25 11:4,8 12:22 18:9,14,16
  28:2 62:25 63:18 65:10,18
**likes** 40:3
**lime** 9:6
**limited** 25:24
**listen** 28:13,13
**listening** 29:2 50:25
**little** 20:5 27:4 34:4 35:6 40:22 41:4
  49:13 54:11
**lives** 3:22
**Lo** 10:6
**loan** 53:11
**loans** 27:15
**log** 47:22

**logistics** 57:2
**longer** 3:5 35:15 38:2 49:3,5
**longest** 15:14
**long-term** 31:6 63:11,21
**look** 3:22 6:2 9:7 17:15 27:9 28:6
  30:20 31:3 35:2,2,11 36:20 38:1
  39:25 43:21 51:17 52:6,18,18 54:16
  55:19,20 56:4,21 57:9,14 62:5,7
  65:3
**looking** 11:9 18:15 45:2 54:17 63:18
**looks** 6:4,10
**lose** 54:10
**loses** 42:14 54:10
**lost** 20:6 21:16 65:10
**lot** 29:21 39:22 40:2 49:19 50:20
**Louisa** 1:6 13:1 25:13,14 30:7,7 32:18
  33:6 34:14 53:16 60:9
**loves** 38:25
**Luis** 1:6 13:2,24 25:22,22 34:15 40:12
  40:13,15,19 41:17,17 42:9 43:14,15
  43:17 44:1 65:20
**lunch** 13:22 30:13,17 49:8 52:11,13,14
  54:23 55:3 58:8,9
**lunches** 30:13 52:15
**lyric** 63:3
**L's** 49:9,20 50:14

---

**M**

**Mac** 63:6
**machinery** 39:22 40:3
**made** 16:17 23:18 28:3 32:19 34:7
  38:14 40:15,17 60:18 65:2
**MAGISTRATE** 1:13
**main** 61:3
**maintain** 8:18
**maintains** 33:9
**Maintenance** 1:9,10 28:25 39:19 49:9
  49:20 50:13 57:13
**make** 3:8 6:13 9:7 19:18 27:8 28:12
  30:21 34:4 35:11,21 39:10,22 40:2
  40:5,22 41:16 43:13 45:9 49:25
  58:7 66:12
**makes** 14:24 18:18 45:12 52:22 60:12
**making** 3:5 23:21,24 24:4 25:17 27:25
  31:11 37:3
**Malo** 62:19
**man** 18:17 19:22 35:25 38:14,17,19,25
  39:1,2,2,12,13 41:1 49:1
**manager** 57:2
**many** 3:22 12:21 13:15 14:8 16:15
  27:20 55:22
**Marcelino** 62:19
**March** 53:18
**Marcos** 62:19
**MARIE** 2:1 66:20,21
**Marshals** 45:2
**match** 12:3
**Mateo** 21:21 62:19,20
**matter** 5:16,17 9:17 12:18 13:11
  14:21 16:15 36:16 40:13 42:25 44:6
  46:18 52:15 66:18
**maximum** 11:23,23 26:10,11,11
**may** 8:5 14:11,12 16:15 31:12 50:10
  53:5 63:4
**maybe** 5:9,20 8:7 10:20 48:19
**mean** 31:7 40:1,4 41:23 65:18
**meaning** 13:12 14:10
**meant** 23:7
**measuring** 21:4
**mechanic** 6:25 7:4 17:16 40:1 47:4
  57:2
**meet** 26:25 63:15
**Melgar** 6:20
**Melgar's** 34:13
**members** 28:19 40:6
**memo** 27:5
**memory** 32:8,9 33:12 49:13
**Mendoza** 19:12 35:24 43:14,17
**mental** 20:11,15,23,25 21:9 22:15,20
  33:15 44:23,24,24 45:1,7
**mentally** 21:3
**mention** 30:18
**menus** 58:8
**mercy** 47:20
**mere** 53:20
**Mexican** 39:6
**Miami** 1:2,9,18,23 2:3,3 6:4 66:23,23

**might** 28:7
**miles** 31:25 39:16 64:1
**million** 6:23 9:4 37:10,11,12 40:5 50:2
  54:2
**mind** 8:7 15:20 21:4 32:16 37:15
**mind-boggled** 50:4
**minimum** 24:11,12 40:14,16 48:14
**minute** 20:7
**minutes** 25:11 30:14 58:1
**miraculously** 49:8
**Miranda's** 49:1,15
**missed** 47:13
**missing** 9:5 11:18 12:5,9,10,24,25
  13:4,5,6,14 14:5 28:9 37:6,8,12
  42:19 51:20 52:4
**misspoke** 33:25
**mistake** 26:19 27:16,17,25 28:3 41:16
  47:24,25
**mistakenly** 26:17
**Mitch** 46:25 47:1
**Mitchell** 1:9 4:20 5:15 6:6,15,22 7:2,7
  7:8,14,23 8:23 9:11,14,17,19,23,24
  10:1,3 11:5,9 15:1 17:1,3,6,23
  19:12,12,14 21:17,25,25 22:12,17
  23:15 24:25 26:15,17 27:3,5,7,11
  27:19,22 28:10,12 29:3,18,23 32:30
  33:7,21 34:2,5,6,18,22,24 35:1,3,16
  35:17 36:3 41:18,19,46 48,23 47:3
  47:9 51:10,24 52:1 53:10 54:22
  55:15 57:12 61:3,23 62:2 64:17,18
  66:23 67:1
**Mitchell's** 1:10 5:24 9:22 17:14,16
  23:25 24:10 28:25 33:3 35:4 39:19
  49:2,3,5,9,10,18,18,20 50:13 55:9
  57:12 60:3,10
**moment** 15:14
**momentarily** 41:1
**Monday** 36:17 43:23
**Mondays** 43:18
**money** 20:8 22:6 27:14 33:7 34:4 36:4
  37:5,8 39:22 40:2,17,22 41:19,19
  41:20 43:21 45:11 49:19,25 50:20
  65:3
**monitored** 9:17 44:25 45:1
**monthly** 36:5
**months** 23:20 24:8,15 38:23,24 47:11
**more** 3:18 10:15,25 11:4,8 12:22 18:9
  18:14,16 26:19 27:17 28:2 34:4
  35:6,7 40:22 53:14,17 62:25 63:18
  65:6,10,18,21 66:2
**morning** 3:3 28:23 65:25
**most** 7:9 38:5 48:22 49:23 63:4
**mother** 10:6 46:17 61:4 64:1,9
**motivating** 16:10,13,17 18:5 20:1
  44:15,16 64:23,25
**motive** 36:22
**mouth** 17:14
**move** 20:20 33:5,14
**movies** 3:15,19
**much** 14:7 20:9,10 21:5,9 34:7 45:11
  56:16 65:5
**muddy** 35:10
**multiplied** 26:8
**multi-million** 4:21 6:3,7 12:15 15:1
  66:10
**multi-millionaire** 45:10
**multi-plaintiff** 7:10
**mushy** 21:11
**must** 31:6,7 33:25 60:16
**M.I** 1:9 28:25 57:12 60:3,7

---

**N**

**N** 2:3 39:12 60:23 66:23
**name** 18:8 26:24
**named** 7:22
**names** 39:2 44:19 57:6 61:9 64:8
**necessarily** 37:11
**need** 4:24 28:19,21 34:3,4 38:15 47:10
  58:2,10,12,17 59:1
**needed** 58:6
**needs** 20:24 58:25
**negate** 13:18 43:5,10
**nervous** 44:2
**never** 3:5 5:3,18,19 8:9 9:5 14:6
  39:20 52:2,13 54:7 56:10 61:2,5
  65:20
**new** 23:20 24:8 36:18

**next** 39:7,16 46:6 47:1 62:24 65:18
**night** 46:3 59:9 65:25
**nine** 24:8,15 55:24 63:12 65:16
**nobody** 11:2 21:13 28:12 34:11 39:3
**noise** 29:17,17,22,23,23,25 56:1
**none** 12:4
**Nope** 40:14 53:21
**Nordaline** 62:19
**normal** 6:4 65:14
**notations** 12:12
**notes** 17:22 29:2 35:2 56:5 60:18
  65:22
**nothing** 6:5 19:21,22,23 37:15 45:11
  45:18 63:12,24
**noticed** 9:5
**notified** 15:15
**November** 10:18 35:2
**null** 5:20
**nullified** 5:8
**number** 8:12 33:15
**numbers** 45:23 62:22

---

**O**

**oath** 5:2
**objection** 59:10 64:9
**observe** 32:12
**obviously** 31:23 42:12
**Ocala** 38:22 47:11,12
**occasions** 33:7 48:9
**occur** 4:12
**occurred** 10:9
**October** 42:8 53:16
**odd** 47:17
**off** 8:2 22:11 23:15 38:22 47:11,12
  61:24 63:9
**office** 3:4 9:23 13:23 18:21 52:12,13
  55:4 60:11
**Official** 2:2 66:21
**offset** 14:20 50:22
**oh** 7:2 13:21 33:25 38:23,23,23 44:7
**Okay** 25:12 28:19 33:4 56:11 58:19
  59:25
**old** 41:14 63:3
**older** 42:7
**once** 19:21 24:19 25:13,24 61:18
**one** 5:6,24 6:4 7:20 9:17,18 11:20 17:11
  19:2 20:9 30:19 31:17 37:16 43:9
  44:10 46:9 47:14,21 48:22,23,24,25
  49:2,10,18,19 50:15 51:14 52:21
  53:17 58:6,6 60:11 63:25 64:2
**ones** 17:8,10 21:21 48:18 55:10
**only** 7:4,25 9:3,10 11:24 12:1 14:11
  16:13 23:2 24:20 25:7,25 26:18,22
  27:21 29:3 30:12 32:1 33:21 44:10
  47:13 51:16,18 54:18 56:14 57:10
  63:5 64:24 66:8
**onto** 33:14
**onward** 10:13
**opened** 49:1
**operated** 60:10
**operates** 57:3
**operation** 48:23
**opinion** 15:6
**opinions** 4:4
**opportunity** 28:11 32:11
**Opposing** 34:7
**opposite** 22:4
**order** 5:15 14:22 26:14 27:8 58:9
**Ordinary** 29:6
**original** 36:14
**other** 4:18 9:15 19:2 20:22 21:7,19,21
  30:17 32:7,16 43:19,24 47:12 49:7
  59:3 60:14
**others** 19:9 60:10
**otherwise** 5:9
**ought** 12:16
**out** 10:11 12:5 13:7,23 14:6 19:17
  21:5 23:16 24:15 25:1,15 26:9
  30:17 34:18,20 35:25 36:11,25 38:8
  41:10 44:18 48:25 49:6,7 55:7,8
  58:9 60:10 61:15 64:22 66:5
**outcome** 31:22,24 32:2 39:17
**outs** 12:12,21
**over** 4:8,20 6:4 9:4,5 12:21 20:20 24:6
  26:21 27:13 28:5,16,19 29:14 32:4
  41:12 46:13 47:4 56:21 57:17 60:1
  64:5

overcome 63:17
overtime 5:2,3,7,15 7:10,22 8:1 11:24
  12:8,15 14:8,17 15:11,19 16:22
  19:13 22:25 23:7,9,17 24:12,13,13
  24:24,25 25:2,5,6,8,19,21 26:5,7,8
  30:8 40:13,14 43:24 44:11,22 45:12
  45:13 48:9,9,20 56:18
owed 14:7
own 3:21 9:1 10:21 11:10 39:23 43:13
  50:2 65:22 66:5,6
owned 49:11,12

**P**
pack 39:16
package 59:7,8
packed 32:4
packet 59:4
paid 18:24 19:6 22:8 23:21 24:11,14
  26:6 27:9 33:19,20,20 34:1,1,16,17
  35:17,22 40:19 41:3,7,15,16,18,19
  41:19,20 45:12,22 48:8,20 55:5
  56:18
pain 20:11,15 22:20
Palacios 62:20
paper 49:15
papers 28:20
pardon 55:2 56:21
part 6:4 10:17 31:12 41:18 47:18
  48:18 53:4,5
particular 31:9,10,19 42:15 50:7
  57:15
particularly 27:23
part-time 30:10 33:8
past 33:12 34:8,9 61:20,22
pasted 16:25
pay 4:22 5:1 6:19,22,23 16:12 22:11
  23:5 24:23 25:1 26:4 27:14,15 34:4
  36:5,14,14 40:14,22 44:3 45:14,22
  47:25 48:1,6,6 51:5 52:8 55:16,16
  55:17
paychecks 8:2 19:19,19 22:11 36:14,15
paychecks 12:4 27:8 28:7,8
payday 19:7 28:15,15
paying 6:16 8:1,3 18:24 35:7 61:25
payments 35:10
payroll 7:5 27:14
pays 41:2
Pedro 62:21
penalty 10:4
penny 6:23
people 4:18 8:3 21:20 22:12 27:23
  29:6 40:10,11 52:10,17 54:23 55:15
  60:23 61:25 62:23
people's 11:12 27:8
per 24:9,10 27:5
percent 4:4,11 12:9,10 13:4,5 20:4
  27:12 29:23,24
Perfect 49:24
performed 13:8,17 42:21 43:5,10
period 12:20 15:14 23:1,2,4 24:21
  25:5,7,23 27:13 44:18 48:13 49:4
  49:19
perjury 10:4
permit 50:22
permitted 15:21
person 39:12 45:11 46:19 65:14 66:9
personal 31:21 55:7,6
personally 40:7
phenomenal 55:6 56:6
Phillips 1:5 4:15 7:13 8:4 9:3 11:21
  12:7 22:6 24:18 33:12 34:15 37:1,2
  37:14 38:2,18,18,22 42:2 47:4,16
  47:17,22,24 48:2,22 50:12,19,25
  52:1,23 53:1 54:1 60:9
phone 49:7
phonetic 40:2 62:19
physical 20:21
pick 39:11
picture 5:24 6:2 14:24 22:3
pictures 40:1
place 9:12 12:21 64:5
plain 6:10
plaintiff 1:16 53:7 57:15 58:14
plaintiffs 1:7 3:4 13:21 14:3,17 15:8
  26:13 28:14 30:3 34:10 35:8,20
  44:14 48:22 52:21 55:23 60:4,13
  61:2,7,13,14,17,18 62:17

plaintiff's 3:2 29:23 59:24
plan 39:9
planned 21:7
planning 55:4 65:9
plants 27:8,16
play 46:22
playing 55:4
plead 50:16
please 32:16 34:3 40:7 41:16 43:8
  48:8 52:20 54:15,15 58:16,22 59:19
  59:21 61:7,13 62:1,22 63:16
pled 50:6,7
plot 5:15
plus 24:11
point 34:18 44:12 55:7
points 36:25
police 9:23
policy 64:16
Pop 37:2
Pop 21:21 62:20
portrayed 6:12
position 3:19 19:4 60:6 63:21
possible 30:13 43:22
possibly 33:21
Power 49:11 50:14
precise 13:17 43:4,9
precisely 14:2,10
precision 13:20 14:2,7
predate 63:4
predecessor 35:4
pregnant 38:22
prejudice 60:17 61:1,18
prejudiced 61:7,12 62:1
prepared 47:25 48:1
preponderance 10:24 57:16
presence 29:20
present 23:19 34:10 61:20
presented 30:22,23
presumption 42:16 54:12
pretty 21:12 40:17
prevail 54:5
prior 4:15 10:9 18:14
probably 3:9,12,15,21 8:9 17:12 25:15
problem 9:10 19:18
procedure 59:10 64:3
proceedings 1:12 66:18
process 17:2
produce 12:16 14:10
produces 13:10 42:24
productive 3:24
profanities 36:9
profession 61:10
professional 56:7
prohibit 15:25
prohibits 15:18
project 57:1
prolongated 4:19
promised 5:21 21:15
proof 30:1 32:24 46:13,14
proper 11:14
properly 50:8
properties 39:24
proposes 63:20
protected 16:9 65:11
prove 11:20 20:3 30:4 42:11 46:2
proved 57:16
proves 13:7 42:20
pulling 46:4
punching 10:11 13:25
purposes 25:15
purposes 59:1,14,22
purse 46:25
pursued 50:24
put 4:4 21:3 41:5 58:8
putting 9:6 27:8
P.A 1:17
p.m 58:4 59:20

**Q**
Quality 1:9 28:25 57:12 60:3,7
question 4:23 16:25 17:4,6 18:9 32:7
  45:20 50:10 56:8 57:14
questions 20:9 31:16 32:13 37:19 50:7
  56:5
quickly 58:10
quit 19:17,20
quite 44:20

quote 29:13

**R**
R 66:16
race 15:23 16:5
RAFAEL 1:22
raining 63:5
raise 50:2
raises 50:1,2
Ralph 56:4
rate 23:5,7,8,9 24:11,12,23,24 25:19
  26:4,5
rather 3:24 65:8
Rdispenzieri@gmail.com 2:4 66:24
react 65:14
read 42:16 43:9 55:11,19 60:14 65:22
ready 28:20
realize 37:5 63:17 65:14
really 6:10 10:7,14 14:25 15:4 22:4
  27:9 28:3 29:15,17 58:6 63:23
realm 33:16
rearrange 28:21
reason 20:6 23:15 31:19 33:21 61:3
reasonable 11:3 13:12 16:20 20:4 41:9
  42:25 54:19 63:14
reasonableness 13:18 43:6,10
reasons 16:15
rebuttal 58:1,3,6,13,17,24 59:14,23,24
recalls 47:12
receivables 37:8,12
recess 58:2,21
reckless 27:18
recklessly 26:15
recognize 41:23 59:14,22
recognized 51:15
recollection 47:20 49:14
reconcile 12:11
record 29:15
recorded 9:16
recording 9:15
records 8:4,6,12,21,25 9:3 11:18
  12:23 13:13,13 14:1,5,6,13 25:14
  32:22 33:2,3,13 41:22,23,25 42:1,2
  42:3,5,6,18,18 48:3,3 52:3 53:23
  54:12 56:19,19,19 61:14,16,17
recover 26:12,18
recovery 26:20
red 15:3
redirects 45:4
refer 40:6 57:4
reference 35:9 55:9,12,18
referred 55:12,18
reflect 45:21
reflects 60:19
refreshed 49:14
refused 41:15
regard 15:16
regarding 43:14 56:14 64:12
Reinaldo 62:20
relevant 29:17,23 37:3 53:8
religion 15:24 16:6
rely 64:11
remainder 51:19
remaining 25:11
remember 4:1,5 5:24 13:1 17:3 20:13
  20:16 22:17,25 23:2,20 30:1 38:21
  41:1,22 44:2,3,7,23 45:19 49:14,15
  49:17,17 50:3 51:25 52:24,25 61:5
  61:21
remembers 44:5,6
reminding 59:16
render 54:18 57:10,22
repairing 40:3,4
repeat 44:18
REPORTED 2:1
Reporter 2:2 66:21
representative 7:21
request 25:10 40:20
required 8:21,25 22:11 54:23
requires 8:11 26:14
research 41:5
respective 45:22
respects 38:17,18,25 39:1,13
respond 19:3
response 19:8 55:9
responsibility 8:14 29:11
responsible 8:6

rest 21:7 48:7 65:9
result 14:11
retaliated 33:22 53:6
retaliation 15:8,8 20:3 38:12 44:11,12
retired 21:16 56:25
return 58:3
returned 19:20
returns 59:20 62:24
revenge 6:13 53:22
Review 48:8,8
rhymes 39:11
rid 5:11 14:19 21:23
right 5:7 15:20 28:12,16 33:25 36:25
  38:23 39:8,13 41:15 45:5 53:24
  54:1 56:24 57:9 58:5,23 66:12,12
  66:13
rights 5:11,17,19 9:2 14:18 16:2 18:18
  20:6
right-hand 7:14
ripped 36:15,21
rips 36:12
Roadruck 37:7,19
ROBIN 2:1 66:20,21
Rodriguez 62:20,21
Rolando 56:2
romancing 55:4
roof 7:14
room 31:14 56:24 57:9
Rosas 62:20
roughly 13:5
rounded 52:17 53:21
RPR 2:1 66:21
Ruben 34:13
rude 44:20 60:21
ruin 64:3
rule 16:3
run 4:21
running 6:15
runs 66:10
Rviego@ejtrial.com 1:25

**S**
S 39:11 60:23 66:20
same 8:24 9:2 10:19 11:15 15:23,25
  38:17,19 59:8 60:11,23 64:20 65:16
sat 3:22 50:5
Saturday 43:19,23,24
save 51:1
saved 27:11 47:16
saving 42:8
saw 13:21 22:3 36:21,21 46:4
saying 12:24 18:25 19:8 29:24 31:6
  32:24 65:3
says 4:24,24 5:4 10:6,15 11:16,20,21
  12:19 17:23 18:22 19:13,14 27:1
  31:5 38:17 41:2 44:7 47:1 52:14
  54:11 55:10 62:2,22 64:7
scale 21:4
scapegoat 11:10
scared 53:6
scary 63:20
scenario 49:24
scheme 4:14 14:22 37:13
school 15:3
scratch 12:21
screaming 36:9
screw 56:21
scribbles 62:8
seat 58:7
seated 58:22 59:21
second 30:19 47:3 54:21 62:4
Security 42:7
see 3:15 6:2,3 9:18 11:19 13:2 17:21
  18:20 19:1,7 27:25 28:9 31:9 32:20
  34:23 36:25 43:8 45:17 46:8 48:20
  55:9 60:12 62:14 66:2
Seeing 28:19
seem 6:13 32:8 35:21 37:4 45:9
send 18:25
sending 36:4
sense 18:15 19:18 21:5 32:6,6 39:15
  57:21 63:17 65:14
September 18:20 19:2,6,9 34:18,25
  35:3,18,18 53:13 62:9,12,13,14
sergeants 20:19
set 58:17
seven 7:19 29:5

several 4:8 39:23
several-year 27:13
sexual 38:14
shame 27:21,21 66:8
shameful 27:22,22 66:7,9,10
sheets 8:19
shhhhhhh 29:14,22 39:6 56:1
shifts 13:16 43:3 54:12
short 36:1,1,10 58:21
short-term 3:24
show 3:6,9 6:8 8:16 9:22 10:2 13:10
    13:20 14:2 15:16 16:19,24 32:23,24
    35:13 41:25 42:1,10,24 46:13 54:20
showed 19:23 39:20 41:21 46:7 49:15
    51:4,5,5,24 54:6
showing 5:24 20:25 45:25
shown 5:25 16:8 26:22
shows 10:6 12:19 17:4 57:20
side 58:25
sides 7:23 34:19 59:6
side-bar 58:25
side-bars 29:13
sign 5:2 7:5,8,9 40:24,24
signature 46:8 51:15
significant 21:12 27:12 65:8,11
silliest 4:3
SIMONTON 1:13
simple 6:10 26:19 27:25
simplest 25:15
simply 4:20
since 11:14 12:19 19:21
sincerely 36:3
singing 46:5
single 32:19 42:11
sink 45:17
sir 22:2 36:11 38:24 46:1 56:11
sits 37:18
sitting 29:1 53:24
situated 8:18
situation 8:16
six 5:14 33:12 47:19 52:9 55:24 60:8
    66:1
skimming 8:1 11:12 61:24
slam 54:8
small 40:4
smart 38:9 56:5
smarter 47:14
smokes 44:25
Social 42:4
Sol 52:24 65:22
Solarzano 1:6 13:2,24 25:22 34:15
    40:12,13,15,19 41:17,17 42:9 43:14
    43:15,18 44:1 53:17,18 65:20 66:3
Soldier 20:19
soliciting 4:18
some 3:12,13 11:7 35:14 37:19 38:15
    38:16 39:10 41:22 49:25 51:5,15
    52:3,3,25 53:14,23 55:8
somebody 11:5 12:14 16:5,6 21:3
    26:12 58:7 65:12
someone 30:13 45:2
something 3:14,14,23 6:4,5,9,9,10,14
    11:25 12:14 14:3 15:3 20:16,23
    26:19 27:17,17,18,25 33:11,16 55:7
    61:18 63:4
sometimes 51:11,12,14
somewhere 3:15 17:11 27:11
song 63:3,6
sorry 17:6 29:5 31:9 34:23 37:2 57:7
sounded 17:9
SOUTHERN 1:1
Spanish 18:8 39:6,7,10 56:9 60:23
    64:18
speak 7:15 20:14
speaks 28:12
spend 46:3
spending 21:7 57:1
spoke 4:1 11:3
spoken 26:10
spy 39:3
squirm 58:7
stack 11:20,21
stacks 11:19
stake 32:2 39:17
stand 32:18 33:6 40:15 41:5 47:6,7
    50:6
standard 11:4 16:20 63:15
Standards 5:8 8:11

start 10:10 27:8 30:7 35:5 37:4
started 5:23 10:8 19:17 21:6 24:19
    36:9 52:15 61:9
starting 64:3
starts 17:16,17 37:4,5 42:8
state 16:8 50:23
statements 42:13 46:5,12
States 1:1,13 2:2 66:22
Ste 1:18 2:3 66:23
steal 10:7,14 55:17
Ste.305 1:23
sticks 45:18
still 15:21 21:22 29:8 36:13 50:4 53:3
    55:5 66:4
stipulated 17:22
stole 8:4 9:3,4,7 10:1,18,22 11:6 12:18
    18:4 22:6
stolen 10:16 22:18
stood 7:21
stop 43:16
story 8:4 9:2 27:19 34:19 54:5
strategy 60:20
straw 18:5,12 20:2
Street 1:18
stretch 3:17 59:25
stub 36:14,14 44:4 45:22
stubs 27:15 47:25 48:1,6,7 51:5
stuff 8:24 9:12 25:7 27:5 40:5
stupid 39:3
subcategories 15:24
subject 8:13
submit 30:4 40:8 43:1 46:15
submitted 20:24
substantial 16:10,13 64:23,24
successful 40:9
sudden 6:19 7:20 17:20 19:6,17 41:10
    sue 5:3,15,18,19 15:20 17:5 21:17
    50:21
sued 6:20 7:9 8:24 11:15 33:22 40:13
    48:2 53:22
sues 40:14
suffer 45:5
suffering 20:12,15 21:3,9 22:21 45:6
sufficient 13:10 42:24 46:15 54:5
suggest 22:16 31:16,23
suggested 39:20
suggesting 12:12 65:7
suggests 39:22
suing 9:2 40:12 44:11 48:11 50:23
suit 53:21
summons 3:9
Sunday 19:7
supervises 52:25
supervisor 19:12,14 35:25 43:17
    65:22,24 66:6
support 9:11
supports 57:11
supposed 30:3,4
supposedly 18:3 33:11 45:10
Supreme 8:15,17,20 13:12 14:9
Susan 56:21
swears 11:5
switched 33:19
swore 12:18
sworn 5:19 10:4
sympathize 61:11
sympathy 60:17
system 3:5 9:12 29:4 57:19

T
T 66:16,16
table 34:20 63:9
take 5:4 24:9 25:20 41:10 42:5 54:24
    58:2,5
taken 19:17 28:4
takes 22:7 39:7
taking 4:20 13:22 29:1 36:11 48:5
    56:20 66:11
talk 33:5 40:12 44:10 47:16
talking 27:13 29:19 44:1 49:7 63:11
tax 41:6,12,13 61:25
taxes 19:17 27:14 35:17 36:1,11 40:23
    40:25 41:2,3,10 45:14
tell 4:9 7:5,25 18:16 19:14,16 21:1,11
    22:3,5 30:5 31:20 46:14 54:16
    64:15,20 65:20,21
telling 31:17 34:6 52:6 54:5 57:18

tells 4:5 6:6,22 17:24,24 35:12,16
    55:12 62:17
ten 3:16 4:12 7:11,12 15:5 17:2 29:7
    30:13 38:10
tend 46:21 50:10 55:8
ten-day 60:20
ten-minute 30:12
testified 17:1 30:10,12 32:12,18 33:8
    33:18 34:22,24 36:16 37:3 39:18
    39:8 40:19 41:17 43:14,17 47:13
    49:23,23 50:5 51:9,9,10,12,14
    52:10,24 54:22
testify 13:14 36:8 40:15 48:16 64:2
testifying 50:4 51:25 53:1
testimonial 30:24
testimony 4:14,17,19 31:11 32:15,16
    34:2 38:3,13 43:2,12 45:7 51:1 52:7
    53:8
thank 3:25 58:17,18,24 29:11 57:23,25
    58:20 59:16 66:12
Thankfully 42:7
thanks 53:24
theft 14:16,22 15:2 22:9,12 50:23
their 6:7 12:16 15:9,20 16:2,5,22 20:3
    20:5,5,6 21:8 22:7 28:14 29:6 30:4
    30:5 31:11 34:13 46:10 51:22 52:7
    54:5,6 57:1,16 58:7 61:24 62:8 64:1
    64:15 65:22 66:5,6
theory 63:20
thing 11:15 14:15 27:21,22 28:16
    37:16 56:24 57:9 65:16 66:8,13
things 6:24 28:21 31:4 32:12 34:8
    35:5 36:15 46:23 55:8 64:3
think 3:16 4:3 14:24 17:8 20:1 22:15
    28:2 29:14 32:8 33:16 37:11 38:5
    39:17,18 40:18 41:9,14 43:2 44:12
    44:19 51:20 55:16 60:25 62:3 63:18
    64:23 65:8,11
thinking 5:14 10:25
thinks 20:15
though 14:11 30:18 41:18 63:14,24
thought 3:12 8:7 57:6
three 11:22,23,25 21:19 23:12,20
    24:20 26:14 28:9 38:3,23,24 46:17
    47:11 53:3 62:16
three-year 23:3 26:10,11,20
through 3:22 8:7 12:6 23:3 24:21 25:1
    25:2 26:1 29:1 43:18,23 54:23
    56:15 61:21
throughout 30:23 33:20 49:4 51:1
    60:20
throw 45:16,17
thunder 63:5,7,9,11
Thursday 43:18
tic-tac-toe 55:4
tie 37:9
ties 51:2
time 3:6,7,17 5:14 8:6,17,19 9:3 11:7
    11:18 12:23 14:2,14 15:14 18:24
    23:11,14 25:5,7,13 26:25 27:14
    40:16 42:19 47:3,13 49:19 50:3 57:1
    57:24 58:16 59:16 62:10 64:21
    66:13
timecard 32:19 45:24
timecards 8:19 10:1,10,13,14,17,21
    11:14,20 12:2,3,4 40:14,14,16
    13:1,2,4,6 28:7 41:23 42:4,8 48:4,6
    48:6,16,17 51:4
timeline 16:24
times 9:19 23:12,12,13,15,16 24:16
    25:5,6,20,21 26:9 29:13 47:12 50:6
together 25:4 37:9 51:3
told 7:6,18 10:1 19:11 21:16 33:3
    44:19 47:7 54:7 58:9 60:21 61:4,19
    61:23,23,24 63:16 65:24 66:8
Torres 62:21
total 23:2,17 24:1,16 25:9,23 26:2
touched 21:2
tough 36:5
toward 17:5
towards 47:17 48:18
track 55:23
trafficking 3:13
transactions 27:4
transcript 1:12 55:11,19
transcription 66:18
trap 45:11

tree 25:23
trees 40:17
trial 1:12 3:5,13,18,20 4:11 5:23 8:8
    11:7 20:13 29:1,15 30:2,2,24 51:1
    60:20
tricky 46:21,22
trigger 61:10
trimming 40:17
troops 38:7 52:17 53:9,14,21
Trump 47:1
trunk 38:16
trusted 6:24 7:9 17:19 19:22 27:20,23
    49:23
truth 7:25 31:18,20 52:7
truthful 39:5 50:10,18
try 27:19 53:2,3
trying 6:8,12,14 61:11 62:1
Tuesday 1:10 5:25 6:1 29:6
tumbling 21:14
tune 46:6
turn 28:16 30:19
two 5:2 11:19 13:3 15:8,14 16:21
    17:11 18:1 21:6,21 23:10,14 25:4
    26:18 28:9 30:24 34:19 36:15 38:22
    38:24 40:10 47:11 48:12,14 49:9,20
    50:14 52:16 53:8,10 55:1,3 60:1
    63:1,8 64:25
two-week 44:17
type 3:13 8:24 21:12
typed 17:4
types 15:24,25 20:22 30:24
typically 43:18
typos 59:8

U
Ullman 62:10,12
under 5:2,7,16 8:6 10:4 16:7
underscore 16:17
understand 22:14 31:4 36:3,3
undisputed 17:22
uneventful 17:18
unfortunately 40:9 51:18
unintelligible 62:13
uninterrupted 21:9 65:17
United 1:1,13 2:2 66:22
unreasonable 14:3
unquote 29:13
until 15:15 19:24 21:13,15 23:19 24:8
    29:8 63:12
unwaivable 14:19
use 3:21 18:15,16 21:5 32:6 38:7
    39:14 49:22 57:21 58:16 65:13 66:9
used 7:5 13:23 14:17 15:2 26:25 64:20
using 16:20 60:23
usually 4:12

V
vacations 55:5
valid 35:13
Vazquez 62:21
vendors 51:10
verbally 13:14
verdict 20:10 54:19,20 57:10,11,15,22
    59:7
very 5:19 8:15 17:9 20:5,5 21:15 29:10
    30:20 32:8,15 36:25 38:9 44:12
    47:17 52:20,20,20 54:18 55:7 63:20
VIEGO 1:22
violated 26:16
violation 26:22 48:14 56:14
violations 11:11
void 5:20
voluntarily 19:16
vs 1:8

W
wage 3:10 4:13 5:10 15:9,25 16:16
    18:18 20:5 21:14 24:1,11,12,16
    40:16 48:14
wages 16:7,10 22:7,10,12 23:24 24:7
    24:17 26:12 27:9,9 28:4 33:15
    40:14 61:24 66:11
Wagina 40:2,4
waiting 3:7 58:18
waive 5:17
waived

5:9
**walked** 29:6
**wall** 45:17
**want** 3:4,8,16 5:12 11:19 12:6 15:7,16
  16:12,19 18:22 22:13 26:21 27:5
  32:25 38:9 41:6 44:12,18 46:14
  52:18 53:12 59:17 62:2,3
**wanted** 15:15 52:11 60:14 62:25 64:21
**wants** 16:4 19:1 35:1 36:13 37:9 39:25
  55:13
**warehouse** 6:5
**warning** 18:10 59:17
**warnings** 18:3 63:22 64:6
**wasn't** 7:5,7,11 9:14 33:3 37:11 48:15
**waste** 3:17
**waters** 35:11
**way** 15:20 16:8 26:12 27:25 29:3 32:4
  35:8,18 42:15 46:9 51:16 56:2
  60:17 63:25 66:2
**week** 5:1 6:18 18:23 23:25 24:9,10,13
  24:14 25:8,19,21 26:7,7,9,24 30:9
  33:10 47:14 48:10,15 52:8 65:21
  66:1,1,2
**weeks** 11:22 12:1,7,8 15:14 23:1,6,12
  23:16 24:16,19,22 25:4,14,17,21,24
  25:25,25 26:2,3,8 43:25 44:6,8
**well** 7:18 8:9 10:7,17,20,21 15:17 32:9
  33:5 35:14 36:11,24 37:3,23 38:13
  40:23 41:13 45:15 49:17 55:11,17
  62:5
**went** 8:7 19:11 36:8 53:1 63:4
**were** 5:14 8:25 10:11 12:17 13:13
  16:20,21 17:6 21:21,22 22:23 26:7
  29:21,24 36:1 37:12 46:8 48:16,17
  48:18 50:12 51:22 53:10 54:23 55:5
  55:10,22 56:6,6,18,19,19 60:4,8,10
  61:25
**weren't** 38:24
**we'll** 58:2,3
**we're** 3:6 4:7 5:21 12:24 17:2 18:19
  20:6 22:19,24 34:9,10,10,12,12,13
  36:11 40:25 46:22 50:21,23 52:2
  58:18 59:25 61:20 66:12
**we've** 3:7 16:25 17:21 24:6 26:10 47:8
**whatsoever** 36:23 61:6 63:23
**while** 3:18 15:21 24:9 33:18 38:6
  53:15 60:9
**whole** 5:14,23 6:7,12 14:22 21:14
  31:12 40:11
**whoops** 33:13
**wife** 7:7,13 22:19 38:9,14,19,25 39:1
  44:16 52:14,14
**Wilfong** 9:15
**Wilkie** 66:22
**willful** 56:14
**willfulness** 56:14,20
**win** 51:16
**wiser** 42:7
**witness** 31:1,6,9,10,12,16,17,19,21
  32:1,8,11,13 39:4 44:9 45:18 64:1
  64:16
**witnesses** 5:2 31:3 36:22 38:3 43:12
  52:6 55:22,25 56:11,12
**witness's** 32:15
**woman** 7:15 31:25 39:15 47:18 48:11
  53:24
**women** 44:21 60:22
**wondering** 8:5
**word** 39:11,12 43:5 56:21 60:22,23,23
  61:10
**words** 16:12 21:18 38:8 46:8,22 47:1
  61:10
**wordsmiths** 46:22
**work** 3:5 4:25 5:15 8:18 11:18,24
  12:23 13:8,11,17,24 17:11 19:20
  24:15 35:14,15 42:18,21,25 43:4,10
  43:15 45:12,13,21 47:8 48:10,19
  54:23 62:24 65:9,17
**worked** 4:15 5:13 7:19 8:6,12,17
  11:13 13:15 14:2,8,14 23:1,6 24:9
  24:19 25:14,18,23 30:9 33:9 38:10
  38:20 42:10 43:18,22,24 44:2 47:20
  48:9,17,17,24 52:8 55:2 60:10
  65:21
**workers** 6:16,19 16:1 35:12 43:16
  52:25
**working** 10:8 15:21 17:12 18:23 21:8
  22:12 23:25 35:7 38:2,24 40:5
  43:16 47:6,17 48:15 49:3,5

**works** 29:4 39:21 66:4
**world** 5:11 9:1 20:19,20 21:14
**worst** 32:9
**worth** 20:9 21:6,9 50:2
**wouldn't** 32:22 41:6
**wreck** 47:8
**write** 51:11,12,14
**write-up** 19:23
**writing** 12:3 37:2 63:25
**written** 18:3,10 62:6 63:22 64:6,14
**wrong** 13:21 14:10 19:24 61:20,23
**wrote** 63:6

**Y**

**Yeah** 5:4 42:9 45:23 49:16 52:14
**year** 10:19 17:17 19:21
**years** 3:22,24 5:14 6:17,25 7:4,19 8:2
  8:2,2,3 9:5 10:9 11:13,22,23,24,25
  17:17 21:8,13 22:8 23:12 24:20
  26:14,18 27:20 28:5,15 33:12 38:10
  38:20 44:3 47:13,19 52:9 63:12,12
  65:16
**yellow** 46:4
**yesterday** 37:8
**yield** 23:13

**Z**

Zabogado@aol.com 1:19
**Zidell** 1:16,17 3:3 25:10,12 29:3 32:5
  35:1 36:13 37:8 39:25 44:5 45:4
  53:4,25 58:1,14,16,19,24 59:4,10,11
  59:14,16,18,22,25 64:13,14

**$**

**$1.2** 50:2 54:2
**$10** 23:8,9,13
**$10,000** 6:19
**$10,968.75** 25:6
**$10.87** 24:12
**$11,700** 23:16
**$12** 25:18
**$14** 26:4 40:17
**$15** 25:17
**$16,014.37** 25:9
**$17,940** 23:17
**$18** 23:21 24:3
**$19,972** 33:15
**$19.50** 24:23
**$2** 23:21
**$20** 23:5,9,24 24:3
**$200,000** 33:17
**$21** 26:5
**$22,900** 24:2
**$22.50** 25:19,20
**$23,180.04** 24:17
**$250,000** 22:21
**$29.25** 24:24 25:6
**$3** 25:18
**$30** 23:7,9,16
**$300,000** 22:20 45:8
**$5,045.62** 25:8
**$594.26** 24:16
**$594.36** 24:14
**$6,240** 23:13
**$6,776** 26:9 44:8
**$600** 5:1
**$7** 26:6,9
**$7,000** 30:8
**$7,200** 25:21
**$7.25** 24:11

**0**

**04** 17:18
**05** 17:18
**06** 17:18 24:21
**07** 17:18
**08** 17:18 25:1,2 26:1
**09** 25:3 26:2 64:6

**1**

**1st** 18:20 19:2 25:1 34:18,25 35:3,18
  35:18 48:13 62:13,14
**1,000** 64:1
**1,300** 31:25 39:16
**10** 1:14
**10-20506-CIV-SEITZ/SIMONTON**

1:3
**10-20698-CIV-SEITZ/SIMONTON**
**10-20975-CIV-SETIZ/SIMONTON**
  1:4
**100** 4:4
**11th** 19:6
**11.35** 58:4
**12** 48:17 62:6
**12th** 35:2
**12:05** 59:20
**121** 25:24 26:2,8 43:25 44:7
**13** 5:14 6:25 7:4 17:21 8,12 38:20 47:13
  62:6,11 63:11
**13th** 62:12
**13-year** 18:13 65:8
**14** 62:6,17
**14th** 19:10,20 62:9
**144** 12:7 24:13
**15** 27:12 58:1
**15th** 26:1
**15-minute** 59:14
**156** 11:22 12:1 23:12,16
**17** 1:9
**17th** 23:3,3 26:2 52:19,21
**18** 50:6
**19th** 6:25 9:21 15:10 18:1 44:17 53:13
  53:16
**1946** 8:15 13:13
**1970s** 63:3
**1997** 17:16 21:6

**2**

**2nd** 25:2 35:21
**2.5** 25:2,8 54:25
**20** 11:24 25:11 27:12
**2000** 17:17 19:21 21:7
**2001** 17:18
**2002** 17:18
**2003** 17:18
**2006** 23:3 49:4,4 61:21
**2007** 7:21 8:24 10:8,12,16,18 11:14
  12:20 42:8 49:4
**2008** 48:13 49:4
**2009** 6:21 7:1,12 9:22 15:11 18:1,20
  19:10 23:3 37:24 48:13 49:4 52:21
  52:23 53:13,16 61:21 62:9
**2010** 53:18,19
**2012** 1:9
**21** 48:17
**23** 48:17
**237** 25:23
**26** 48:18
**26th** 52:23
**27** 48:18
**28** 24:13
**29th** 53:19

**3**

**3rd** 25:3
**3/29/07** 25:25
**3:00** 43:15
**3:30** 43:15
**30** 10:9
**300** 1:18
**305.523.5659** 2:3 66:23
**305.717.7530** 1:23
**305.865.6766** 1:18
**32** 40:19
**33128** 2:3 66:23
**33137** 1:23
**33141** 1:18
**335** 24:19
**39** 24:15

**4**

**4th** 37:24 44:17
**4/1/08** 25:25
**40** 6:17 12:9 13:4 25:14,17,21 27:13
  48:15,19 52:8 65:21
**400** 2:3 66:23
**4300** 1:23
**45** 48:10,19
**46.5** 23:6,25
**48** 18:1 25:19 30:9 33:9 52:10 66:2

**5**

**50** 6:17 12:10 13:4 27:13
**52** 25:25

**6**

**6/1/09** 24:21
**6:00** 65:25
**6:45** 65:25
**60** 4:25
**605** 1:18
**624** 23:12
**654** 23:1
**68** 24:10
**69** 18:23 24:10 26:2

**7**

**7th** 19:3 62:13,14
**7:00** 43:15 65:25
**71st** 1:18
**75** 25:4

**8**

**8S67** 2:3 66:23
**8/17/09** 17:20
**8/19** 37:25 38:2
**8/20** 24:21
**8/20/06** 25:1
**8/4** 37:14
**80** 4:11 12:1 29:22,24
**82** 12:8
**83** 12:8

**9**

**9/13/09** 19:7 62:11
**9/14/09** 35:19
**9:30** 1:10
**90** 20:4