UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-20506-CIV-SEITZ/SIMONTON

<u>CONSENT CASE</u>

EDEL LEON, ANDRES GUZMAN, JAVIER )
GONZALEZ, VICTOR ANTONIO )
GUTIERREZ, MARCELINO MATEO )
MARCOS )
      Plaintiffs, )
  vs. )
 )
M.I. QUALITY LAWN MAINTENANCE, INC. )
MITCHELL'S LAWN MAINTENANCE CORP. )
and MITCHELL IGELKO )
 )
      Defendants )
 )

**<u>PLAINTIFFS' NOTICE OF 90 DAYS EXPIRING</u>**

    Come Now Plaintiffs, by and through undersigned counsel and hereby file Plaintiffs' Notice of 90 days expiring pursuant to Southern District Local Rule 7.1(b)(4)(A) and in support thereof state as follows:

1. On April 23, 2013, Plaintiffs' Motion for fees was filed. [D.E. 250].

2. On June 15, 2013 Defendants filed their response in opposition to Plaintiffs' Motion. [D.E. 299] and thereafter on June 25, 2013 filed another response [D.E. 303].

3. On June 25, 2013 Plaintiffs' Reply was filed. [D.E. 304].

4. More than 90 days (107 days) have elapsed since the Motion has been ripe for review.

5. As such, the undersigned advises this Court that more than 90 days have expired since the matter has been fully briefed pursuant to Southern District Local Rule 7.1(b)(4)(A).

**1** of **2**

**WHEREFORE**, Plaintiffs respectfully request the Court to take notice of the aforementioned, and to enter an Order on said Motion.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Plaintiffs' Notice of 90 days expiring was served via CM/ECF on Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard, Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, email: despinosa@ejtrial.com on this 11th day of October 2013.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013
