**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 10-20506-CIV-SEITZ/SIMONTON**

<u>**CONSENT CASE**</u>

EDEL LEON, ANDRES GUZMAN, JAVIER )
GONZALEZ, VICTOR ANTONIO )
GUTIERREZ, MARCELINO MATEO )
MARCOS )
         Plaintiffs, )
    vs. )
 )
M.I. QUALITY LAWN MAINTENANCE, INC. )
MITCHELL'S LAWN MAINTENANCE CORP. )
and MITCHELL IGELKO )
 )
      Defendants )
                     )

<u>**NOTICE OF FILING STATUTORY NOTICE**</u>

      Come Now Plaintiffs by and through undersigned counsel and hereby notices the Court of the above described Notice and in support states as follows:

1. Plaintiff Edel Leon obtained a final judgment against Mitchell Igelko, M.I. Quality Lawn Maintenance, Inc. and Mitchell's Lawn Maintenance Corp in the amount of $70,800. [D.E. 242].

2. Plaintiff Javier Gonzalez obtained a final judgment against Mitchell Igelko, Mitchell's Lawn Maintenance Corp in the amount of $71,360. [D.E. 242].

3. Plaintiffs, through undersigned counsel, requested that a writ of garnishment after judgment be issued as to Garnishee Regions Bank in the amount of $142,160 as to Mitchell Igelko, and Mitchell's Lawn Maintenance Corp and in the amount of $70,800 as to M.I. Quality Lawn Maintenance, Inc. [D.E. 323].

4. On November 26, 2013, the clerk issued the writ of garnishment to Garnishee Regions Bank in the amount of $142,160 as to Mitchell Igelko, and Mitchell's Lawn Maintenance Corp and in the amount of $70,800 as to M.I. Quality Lawn Maintenance, Inc.

5. Defendants are hereby advised that they must file a claim of exemption within twenty (20) days after receipt of the notice to preserve their rights pursuant to Florida Statute 77.041.

6. Plaintiffs hereby attach a copy of the motion for writ of garnishment, the writ of garnishment issued and the statutory notice pursuant to Florida Statute 77.041.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167


By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq
    Florida Bar Number: 0037013

## <u>CERTIFICATE OF SERVICE:</u>

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Notice of filing was sent via CM/ECF on Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard, Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, email: despinosa@ejtrial.com and via U.S Mail to Defendant Mitchell Igelko  7534 SW 77th Court, Miami, FL 33143, and to M.I. Quality Lawn Maintenance, Inc. and Mitchell's Lawn Maintenance Corp at 15665 SW 117 AVE MIAMI, FL 33177 on this 27th day of November 2013.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167


By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq
    Florida Bar Number: 0037013