**Daniel Espinosa**

| | |
|---|---|
| **From:** | Daniel Espinosa |
| **Sent:** | Tuesday, July 09, 2013 1:09 PM |
| **To:** | 'jaredgamberg@gamberglaw.com' |
| **Subject:** | Case No: 13-CV-20584 -- Kelly Phillips and Edel Leon v. Mitchell's Lawn Maintenance Corp. (the "Case") |
| **Attachments:** | Phillips & Leon v. Igelko -- D.E. 1 -- Complaint.pdf |
| **Importance:** | High |

**Re: Case No: 13-CV-20584 -- Kelly Phillips and Edel Leon v. Mitchell's Lawn Maintenance Corp. (the "Case")**

Dear Mr. Gamberg:

    My name is Danny Espinosa, and I am representing a client in a federal court action against two Plaintiffs by the name of Kelly Phillips and Edel Leon. Based upon the review of certain public records, I have reason to believe that you represent, or at the very least represented, an entity by the name of Best Equipment and a gentlemen by the name of Lance Cooper. It appears that there are several other entities that are somehow affiliated with Best Equipment and Mr. Cooper. I tried contacting you earlier today and left you a voicemail.

    In any event, if you do not represent Mr. Cooper or Best Equipment, please disregard this e-mail and delete it immediately. If, however, you represent(ed) Mr. Cooper and Best Equipment, I would ask that you give me call at your convenience.

    Attached is a true and correct copy of the Complaint for the above-referenced Case. As you can see in Count IV, Kelly Phillips alleges that my client injured her good name, credit, and reputation by allegedly issuing false statements about Mrs. Phillips. I would like to confirm whether Mrs. Phillips ever worked for Mr. Lance Cooper and, if so, which company. Additionally, in Count V, Mr. Edel Leon alleges the very same thing that Kelly Phillips alleges in the preceding count. I, too, would like to confirm whether Mr. Edel Leon ever worked for Mr. Lance Cooper or one of Mr. Cooper's companies.

    In light of the foregoing, I need to depose Mr. Lance Cooper immediately. My paralegal is in the process of preparing his Subpoena Duces Tecum for Deposition. However, in the interest of time and money, I would ask that you give me a call so I can explain the reasons why I need to depose Mr. Cooper at once. I would rather conduct a simple witness interview instead of a formal deposition. Additionally, if indeed the Plaintiffs worked for Mr. Cooper, I would simply need true and correct copies of their payroll records (i.e. paystubs) for the year(s) of employment. Please call me at your convenience. Thanking you in advance.

Best,

Danny

*Daniel A. Espinosa, Esq.*

EXHIBIT A

1



4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Direct 305.717.7532 | Fax 305.717.7539
despinosa@ejtrial.com | www.ejtrial.com

**CONFIDENTIALITY NOTICE**: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message.  If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7530 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

Please consider the environment before printing this e-mail.