UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-20506-CIV-SEITZ/SIMONTON

**CONSENT CASE**

EDEL LEON, ANDRES GUZMAN, JAVIER )
GONZALEZ, VICTOR ANTONIO )
GUTIERREZ, MARCELINO MATEO )
MARCOS )
)
     Plaintiffs, )
vs. )
)
M.I. QUALITY LAWN MAINTENANCE, INC. )
MITCHELL'S LAWN MAINTENANCE CORP. )
and MITCHELL IGELKO )
)
     Defendants )

**PLAINTIFFS' MOTION FOR COSTS**

Come Now Plaintiffs, Edel Leon and Javier Gonzalez, by and through undersigned counsel, pursuant to 28 U.S.C. 1920, hereby file Plaintiffs' Motion for Costs and in support thereof state as follows:

1. Plaintiffs, Edel Leon and Javier Gonzalez, prevailed on their retaliation claims against Defendants whereby a final judgment was entered in favor of Edel Leon for $70,800 and a final judgment was entered in favor of Javier Gonzalez for $71,360.00. As such, pursuant to 28 U.S.C. § 1920 Plaintiffs are entitled to the costs incurred in litigating this case.

2. Plaintiffs seek to tax costs against Defendants in the total amount of **$8,514.36.**

3. 28 U.S.C. § 1920 allows for the recovery of the following costs:

> A judge or clerk of any court of the United States may tax as costs the following:
> (1) Fees of the clerk and marshal;
> (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
> (3) Fees and disbursements for printing and witnesses;
> (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
> (5) Docket fees under section 1923 of this title;
> (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.
> A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

4. The costs claimed herein are limited to recoverable costs pursuant to 28 U.S.C § 1920.[1]

The costs are broken down as follows, and receipts are attached as Exhibit A:[2]

1) Filing fee in the amount of **$350** [D.E. 1 an 3].

2) Service of process fee for summons[3] and subpoena fees total $490, calculated as follows:

   a) Charge for service of subpoena ($35 per service) for deposition on 11/10/10 for Ralph Diaz: **($35).**

   b) Charge for service of subpoena ($35 per service) for deposition on 11/12/10 for Lydia Cabrera, Vivian Machaber, Christina Sahs and Thomas Wilfong: **($140).**

   c) Charge for service of subpoena for trial on 9 witnesses: Esteban Del Sol, Harry De La Cruz, Rafael Diaz Martinez, Thomas Wilfong, Susan Crouch, Lydia Cabrera, Phillip Shechter, Christian Sahs, Vivian Machaber **($315).**

---

[1] Mediation ($250) and expert witness costs ($9,644.50) have been removed from said motion to comply with the Court's Order D.E. 331.
[2] Attached with form AO 133.
[3] No charge for summons as no summons issued.

3) **$520** for witness fee checks for depositions and trial.

   a) $40 witness fee checks for (1) Lydia Cabrera, (2) Vivian Machaber, (3) Christina Sahs and (4) Thomas Wilfong, for depositions on 4/12/10;

   b) $40 witness fee check for to Ralph Diaz, for deposition on 4/10/10;

   c) $40 witness fee checks for (1) Esteban Del Sol, (2) Harry De La Cruz, (3) Rafael Diaz Martinez, (4) Thomas Wilfong, (5) Susan Crouch, (6) Lydia Cabrera, (7) Phillip Shechter, (8) Vivian Machaber.[4]

4) **$683.34**[5] for copies of exhibits for trial notebooks, including copy paper and exhibit tabs (FedEx Kinkos receipt), plus $140.01 (Black's receipt) for copies of exhibits during discovery for a total of **$823.35.**

5) **$3,802.50** in translation costs for trial.

6) **$1,903.51** for transcripts necessary for trial and motion practice in the case.

7) **$625** charge for trial boards (blow ups) used in closing arguments to highlight testimony and timeline of events. Said charge is listed as "other" on form AO133.

Wherefore, Plaintiffs respectfully request that this Court award Plaintiffs costs against Defendants M.I. Quality Lawn Maintenance, Inc., Mitchell's Lawn Maintenance, Corp and Mitchell Igelko, jointly and severally, in the amount of **$8,514.36.**

---

[4] Trial witness fee check for Christian Sahs was returned and therefore not recoverable.
[5] Includes a discount of $356.46.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Plaintiffs' counsel, Daniel T. Feld, from the undersigned firm attempted to confer with opposing counsel via email and via telephone on December 17, 2013. Plaintiffs' counsel left a voicemail message for Defendants' counsel. As of the filing of this motion, Defendants' counsel has not advised Plaintiffs' counsel as to whether Defendants oppose or agree to the relief sought.

Respectfully submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: _____
J.H. Zidell, Esq.
Florida Bar No.: 0010121

ON 12/17/13; J.H. ZIDELL APPEARED AND WHO IS PERSONALLY KNOWN TO ME AND AFFIRMED THAT THE CONTENTS AND ATTACHMENTS TO THIS COST MOTION ARE CORRECT.

_____
NOTARY PUBLIC/STAMP

Aleida Menir
COMMISSION # EE 037572
EXPIRES: OCT. 26, 2014
WWW.AARONNOTARY.com

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Costs was served via CM/ECF to Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard, Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, email: despinosa@ejtrial.com on this 17th day of December, 2013.

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: _____
    J.H. Zidell, Esq.
    Florida Bar No.: 0010121