**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 10-20506-CIV-SIMONTON**

<u>**CONSENT CASE**</u>

**EDEL LEON,** *et al.,*

     **Plaintiffs,**

**v.**

**M.I. QUALITY LAWN MAINTENANCE, INC.,** *et al.,*

     **Defendants.**

_____/

<u>**ORDER DENYING MOTION FOR COSTS**</u>

This matter is before the Court on Plaintiffs' Motion for Costs (DE # 332). Because the Court has set Defendants' Motion for Relief from Final Judgment (DE # 328) for an evidentiary hearing (DE # 339), the Court will deny without prejudice this motion for costs pending a resolution of Defendants' motion.  Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Costs (DE # 332) is **DENIED WITHOUT PREJUDICE** pending a resolution of Defendants' Motion for Relief from Final Judgment.  Plaintiff Edel Leon may file a renewed motion for costs, if appropriate, following a ruling on Defendants' motion.[1]

**DONE AND ORDERED** in chambers in Miami, Florida, on March 24, 2014.

_Andrea M. Simonton_
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:
All counsel of record

_____

[1]Plaintiff Javier Gonzalez may file a renewed motion if he elects to proceed apart from Plaintiff Leon.