UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case NO.: 10-20506-CIV-SEITZ/SIMONTON

**CONSENT CASE**

EDEL LEON, et al.          )
                           )
    Plaintiffs,            )
                           )
    v.                     )
                           )
M.I. QUALITY LAWN MAINTENANCE,  )
INC., et al.,              )
                           )
    Defendants,            )
_____)

**DEFENDANTS' NOTICE OF INTENT TO RELY ON RELEVANT AUTHORITY**

Defendants M.I. QUALITY LAWN MAINTENANCE, INC., MITCHELL'S LAWN MAINTENANCE CORP., and MITCHELL IGELKO (collectively, the "**Defendants**"), hereby notify this Court of Defendants' intent to rely upon *Abrahamsen v. Trans-State Express, Inc.*, 92 F.3d 425 (6th Cir. 1996) (the "**Case Law**") at Oral Argument on Defendants' Motion for Relief from Final Judgment and for Sanctions set for May 27, 2015, before the Honorable Magistrate Judge Andrea M. Simonton [DE 401]. A copy of the Case Law is attached hereto as Exhibit "1."

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE NEXT PAGE]**

Respectfully submitted,

By:    /s/ Rafael Viego III
      Daniel A. Espinosa, Esq.
      Florida Bar No. 81686
      Rafael Viego III, Esq.
      Florida Bar No. 60967
      *Counsel for Defendants*
      **ESPINOSA | JOMARRON**
      4300 Biscayne Boulevard, Suite 305
      Miami, Florida 33137
      Telephone:   (305) 717-7530
      Facsimile:    (305) 717-7539
      E-mail: despinosa@ejtrial.com
      E-mail: rviego@ejtrial.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served via CM/ECF this 27th day of May, 2015, upon: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida 33141, zabogado@aol.com, Rivkah Jaff, Esq., rivkah.jaff@gmail.com, Elizabeth O. Hueber, Esq., Elizabeth.hueber.esq.@gmail.com, and Darius Asly, Esq., da@aslylaw.com, of counsel to the law office of J.H. Zidell.

By:  /s/ Rafael Viego III
      Rafael Viego III, Esq.
      Florida Bar No. 60967